UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>    Defendants. | Case No.:  2:10-cv-06850-PBT |

### DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION

Plaintiff Shamara T. King ("Plaintiff") has filed a motion to extend the time to move for class certification until thirty days after the close of class certification discovery. Defendant General Information Services, Inc. does not oppose Plaintiff's motion.

Respectfully submitted this 22nd day of February, 2011.

|  |  |
|---|---|
|  |   /s/ John R. Gibson   |
| Allen R. Bunker | John R. Gibson (admitted *pro hac vice*) |
| Comeau & Bunker | Georgia Bar No. 454507 |
| Four Penn Center, Suite 500 | Cindy D. Hanson (admitted *pro hac vice*) |
| 1600 JFK Boulevard | Kilpatrick Townsend & Stockton LLP |
| Philadelphia, Pennsylvania 19103 | 1100 Peachtree Street, Suite 2800 |
| Telephone: 215-268-7786 | Atlanta, Georgia 30309 |
| Facsimile: 215-569-0284 | Telephone:    (404) 815-6500 |
|  | Facsimile:    (404) 541-3240 |

*Counsel for Defendant General Information Services, Inc.*

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>                Defendants. | Case No.: 2:10-cv-06850-PBT |

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that I electronically filed the foregoing "DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO MOVE FOR CLASS CERTIFICATION" with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

DAVID A. SEARLES
DONOVAN SEARLES, LLC
1845 WALNUT ST.
STE 1100
PHILADELPHIA, PA 19103
215-732-6067
Fax: 215-732-8060
Email: dsearles@donovansearles.com

JANET F. GINZBERG
MICHAEL G. HOLLANDER
COMMUNITY LEGAL SERVICES
1424 CHESTNUT STREET
PHILADELPHIA, PA 19102
215-981-3794
Email: jginzberg@clsphila.org
Email: mhollander@clsphila.org

JAMES A. FRANCIS
JOHN SOUMILAS
FRANCIS & MAILMAN, PC
LAND TITLE BLDG 19TH FL
100 S. BROAD ST
PHILADELPHIA, PA 19110
215-735-8600
Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com
Email: jsoumilas@consumerlawfirm.com

2

This 22nd day of February, 2011.

            /s/ John R. Gibson
           John R. Gibson, Esq.
          *Counsel for Defendant General Information Services, Inc.*