IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KING, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 10-6850 |
| GENERAL INFORMATION SERVICES, INC., | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this _____ day of March, 2011, upon consideration of Defendant's Motion to Dismiss a Portion of Plaintiff's Complaint (Doc. 8), **IT IS HEREBY ORDERED and DECREED** that the Motion is **DENIED AS MOOT**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] On January, 24, 2011, Defendant filed a motion to dismiss a portion of Plaintiff's Complaint (Doc. 8). Thereafter, Plaintiff filed an Amended Complaint on February 14, 2011, rendering the previous motion moot. (Doc.14) In response, Defendant again filed a Motion to Dismiss Plaintiff's Amended Complaint on March 3, 2011 (Doc. 17).