**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAMARA T. KING** | : | |
| **ON BEHALF OF HERSELF AND ALL** | : | |
| **OTHERS SIMILARLY SITUATED ,** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO.  10-6850** |
| **v.** | : | |
| | : | |
| **GENERAL INFORMATION SERVICES,** | : | |
| **INC.,** | | |
| | | |
| **Defendant.** | | |

<u>**ORDER**</u>

  **AND NOW**, this _____ day of April, 2011, upon consideration of David A. Searles's Motion to

Withdraw as Counsel (Doc. 26), **IT  HEREBY  ORDERED  and  DECREED** that Motion is

**GRANTED**.

**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____
**Hon. Petrese B. Tucker, U.S.D.J.**