IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING : | |
| ON BEHALF OF HERSELF AND ALL : | |
| OTHERS SIMILARLY SITUATED, : | |
| : | CIVIL ACTION |
| **Plaintiff,** : | |
| : | NO. 10-6850 |
| v. : | |
| : | |
| GENERAL INFORMATION SERVICES, : | |
| INC., | |
| | |
| **Defendant.** | |

## ORDER

**AND NOW**, this _____ day of May, 2011, upon consideration of Defendant General Information Services Inc.'s Partial Motion To Dismiss (Doc. 17), Plaintiff, Shamara King's Response in Opposition thereto (Doc. 22) and oral argument held before this Court on May, 13, 2011, **IT IS HEREBY ORDERED and DECREED** that Motion is **DENIED**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**