UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>　　　　　Defendant. | Case No.:  2:10-cv-06850-PBT |

## NOTICE OF CONSTITUTIONAL QUESTION

Defendant General Information Services, Inc. ("GIS") hereby submits this Notice of Constitutional Question to the Attorney General of the United States.

Section 1681c of the Fair Credit Reporting Act, 15 U.S.C. § 1681c, prohibits consumer reporting agencies from disclosing public information about an individual's criminal record (other than the fact of a criminal conviction) if the information is more than seven years old. The constitutional question raised in GIS's motion for judgment on the pleadings is whether, in light of *Sorrell v. IMS Health Inc.*, 131 S. Ct. 2653 (2011), the statute violates the First Amendment because it is a content- and speaker-based restriction on truthful commercial speech that does not survive "heightened" constitutional scrutiny.

GIS's constitutional argument is set out in detail in its Motion for Judgment on the Pleadings with Supporting Memorandum of Law, which GIS has served on the Attorney General together with this Notice.

- 2 -

Respectfully submitted this 16th day of September, 2011.

/s/ John P. Jett

| | |
|---|---|
| Michael O. Kassak, Esq. | Cindy D. Hanson (admitted *pro hac vice*) |
| WHITE & WILLIAMS LLP | Georgia Bar No. 323920 |
| LibertyView, Suite 400 | John P. Jett (admitted *pro hac vice*) |
| 457 Haddonfield Rd. | Georgia Bar No. 827033 |
| Cherry Hill, NJ 08002-2220 | KILPATRICK TOWNSEND & |
| Telephone: (856) 317-3600 |    STOCKTON LLP |
| | 1100 Peachtree Street, Suite 2800 |
| | Atlanta, Georgia 30309 |
| | Telephone:   (404) 815-6500 |
| | Facsimile:   (404) 541-3240 |

*Counsel for Defendant General Information Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 16, 2011, I electronically filed the foregoing NOTICE OF CONSTITUTIONAL QUESTION with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

Noah Axler
DONOVAN SEARLES, LLC
1845 Walnut St.
Ste 1100
Philadelphia, PA 19103
215-732-6067
Fax: 215-732-8060
Email: naxler@donovansearles.com

James A. Francis
John Soumilas
Erin A. Novak
FRANCIS & MAILMAN, PC
Land Title Bldg 19th Floor
100 S. Broad St.
Philadelphia, PA 19110
215-735-8600
Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com

Janet F. Ginzberg
Michael G. Hollander
COMMUNITY LEGAL SERVICES
1424 Chestnut Street
Philadelphia, PA 19102
215-981-3794
Email: jginzberg@clsphila.org
Email: mhollander@clsphila.org

and in addition served a copy by certified mail on the following:

Eric Holder
Attorney General of the United States
UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

/s/ John P. Jett
John P. Jett

*Counsel for Defendant General Information Services, Inc*