IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION<br>SERVICES, INC.,<br><br>Defendant. | Civil Action No. 10-6850<br><br>CLASS ACTION |

**PLAINTIFF'S SUPPLEMENTAL BRIEF IN SUPPORT THE UNITED STATES
GOVERNMENT'S MEMORANDUM IN SUPPORT OF THE
<u>CONSTITUTIONALITY OF 15 U.S.C. § 1681</u>**

Plaintiff Shamara King, by counsel, hereby submits her Supplemental Brief in Support of the United States Government's Memorandum in Support of the Constitutionality of 15 U.S.C. § 1681c (Dk. No. 52), pursuant to the joint request of the Parties to Set a Briefing Schedule dated March 27, 2012. (Dk. No. 51). The United States has been granted intervention in this matter to defend the constitutionality of FCRA section 1681c (Dk. No. 50) as challenged by Defendant General Information Services, Inc. in its Motion for Judgment on the Pleadings ("Motion"). (Dk. No. 40). For the reasons set forth more fully in her Memorandum of Law in Support of her Response in Opposition to Defendant's Motion for Judgment on the Pleadings (Dk. No. 46), Plaintiff believes that Defendant's Motion should be denied, and concurs with the United States' Memorandum of Law. Plaintiff respectfully requests oral argument.

                                      Respectfully submitted,

Dated: May 18, 2011              **FRANCIS & MAILMAN, P.C.**

                          BY:    */s/ Erin A. Novak*
                                    JAMES A. FRANCIS
                                    JOHN SOUMILAS
                                    ERIN A. NOVAK
                                    Land Title Building, 19th Floor
                                    100 South Broad Street
                                    Philadelphia, PA 19110
                                    (215) 735-8600

                                    **DONOVAN SEARLES, LLC**
                                    NOAH AXLER
                                    1845 Walnut Street, Suite 1100
                                    Philadelphia, PA  19103
                                    (215) 732-6067

                                    **COMMUNITY LEGAL SERVICES, INC.**
                                    JANET F. GINZBERG
                                    MICHAEL HOLLANDER
                                    1424 Chestnut Street
                                    Philadelphia, PA  19102
                                    (215) 981-3745

                                    **CONSUMER LITIGATION ASSOCIATES, P.C.**
                                    LEONARD A. BENNETT
                                    12515 Warwick Boulevard, Suite 100
                                    Newport News, VA  23606
                                    (757) 930-3660

                                    Attorneys for Plaintiff and the Class

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed on this date and that service is therefore being made electronically on the following counsel of record for Defendant:

Allen R. Bunker
COMEAU & BUNKER
Four Penn Center, Suite 500
1600 JFK Boulevard
Philadelphia, PA 19103

Cindy Hanson
John R. Gibson
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Gerald C. Kell
Senior Trial Counsel
U.S. Department of Justice
Washington, DC 20044

/s/ Erin A. Novak
Erin A. Novak

Dated: May 18, 2012