IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated, | : : : | |
| Plaintiff, | : : | CIVIL ACTION |
| v. | : : | NO. 10-6850 |
| GENERAL INFORMATION SERVICES, INC., | : : : | |
| Defendant. | | |

### ORDER

**AND NOW**, this _____ day of September, 2012, **IT IS HEREBY ORDERED AND DECREED** that the parties in the above-captioned case shall appear before the Honorable Petrese B. Tucker in Courtroom 9B United States Courthouse, 601 Market Street, Philadelphia, PA, 19106, **on Tuesday, October 2, 2012 at 10:30 am.** The Court will hear argument on Defendant's Motion for Judgment on the Pleadings (Doc. 40).

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**