**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAMARA T. KING, on behalf of herself and all others similarly situated,** | : | |
| **Plaintiffs,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  10-6850** |
| | : | |
| **GENERAL INFORMATION** | : | |
| **SERVICES, INC.,** | : | |
| **Defendant.** | : | |

## ORDER

     **AND NOW,** this _____ day of November, 2012, upon consideration of Defendant General

Information Services, Inc.'s Motion for Judgment on the Pleadings (Doc. 40); Plaintiff Shamara

King's Response in Opposition thereto (Doc. 46); the United States' Response in Opposition

thereto (Doc. 52); and Defendant's Reply (55), **IT IS HEREBY ORDER** that said Motion is

**DENIED**.

 

                         **BY THE COURT:**

                         **/s/ Petrese B. Tucker**

                         _____

                         **Hon. Petrese B. Tucker, U.S.D.J.**