UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>Defendant. | Case No.: 2:10-cv-06850-PBT |

## FIRST AMENDED SCHEDULING ORDER

This cause came before the Court on Defendant's Unopposed Motion to Amend Scheduling Order. The Court having considered Defendant's unopposed Motion, it is hereby **ORDERED** that the motion is **GRANTED** and that the following schedule is **APPROVED**.

1. All discovery regarding the merits of Plaintiff's claims and the requirements of Fed. R. Civ. P. 23, but excluding discovery regarding individual transactions of absent putative class members, shall be completed by July 31, 2013;

2. Expert Discovery Schedule

    a. The parties shall disclose any affirmative experts related to the merits of Plaintiff's claims and the requirements of Fed. R. Civ. P. 23, if any, as well as the subject matter of the expected expert testimony, by May 1, 2013 with affirmative expert reports to be served by May 15, 2013 and depositions of such experts shall be completed by June 19, 2013; and

    b. Rebuttal Expert Reports related to the merits of Plaintiff's claims and the requirements of Fed. R. Civ. P. 23, if any, shall be served by July 19, 2013 (no party is required to proffer an affirmative expert in order to proffer an expert report for the sole purpose of rebutting the other party's affirmative expert report) and depositions of such experts shall be completed by July 31, 2013.

3. Class Certification Schedule

    a. Motion for Class Certification by August 14, 2013;

  b. Response to Motion for Class Certification <u>within 40 days</u> after service of the Motion for Class Certification;

  c. Reply to Motion for Class Certification <u>within 21 days</u> after service of Defendant's Response to the Motion for Class Certification.

4. If a class is certified, the parties shall meet and confer and, if necessary, shall have a status conference with the Court, regarding the sending of class notice and the completion of discovery and disclosure of experts for class merits litigation.

5. Further scheduling is to abide the Court's disposition of any Motion for Class Certification.

It is **SO ORDERED**, this 2nd day of April, 2013.

*Petrese B. Tucker*
PETRESE B. TUCKER, U.S.D.J.