UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>Defendant. | Case No.:  2:10-cv-06850-PBT |

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant General Information Services, Inc. ("GIS") respectfully moves this Court to enter summary judgment in favor of GIS on all of Plaintiff's claims.

The Fair Credit Reporting Act ("FCRA") seeks to curb abuses in the reporting of credit and criminal record data that result in incomplete, inaccurate, and misleading information appearing in consumer reports.  To that end, the statute requires – in numerous places – that consumer reporting agencies report *complete* information, and gives consumers an avenue by which to challenge information for being too incomplete.  That fact notwithstanding, Plaintiff's Complaint seeks to hold GIS liable for being *too complete*.

Plaintiff's claim under FCRA § 1681c fails for numerous reasons:

- First, GIS reported only Plaintiff's complete records of conviction, which is reportable under the statute regardless of age.

- Second, even if the Court disagrees with GIS's interpretation of § 1681c, it was not *objectively unreasonable* and, as illustrated in recent Supreme Court and Third Circuit precedent, is thus not sufficient to support Plaintiff's claim for liability.
- Third, the information that GIS reported was not "adverse" and, as such, as not prohibited by § 1681c.

Because the information that GIS reported had no bearing on Plaintiff's inability to seek employment, Plaintiff lacks injury-in-fact sufficient to confer Article III standing and summary judgment is appropriate on all of her claims.

Further, § 1681c is an unconstitutional restriction of GIS's right to free speech.

Finally, Plaintiff's claim under FCRA § 1681k fails because the information that GIS reported is uncontrovertibly complete and update to date, as required by the statute.

Undersigned counsel affirms, pursuant to Federal Rule of Civil Procedure 11, that, to the best of counsel's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, there is no legally sufficient basis to prevent the Court from ruling as a matter of law as to the issues identified above.

For these reasons, and as set forth more fully in GIS's accompanying memorandum of law, GIS requests that the Court enter summary judgment in favor of GIS and against Plaintiff.

*[signature on the following page]*

Respectfully submitted this 30th day of April, 2013.

                                      /s/ Robert E. Campbell

| Robert E. Campbell | Cindy D. Hanson (admitted *pro hac vice*) |
| --- | --- |
| WHITE & WILLIAMS LLP | John P. Jett (admitted *pro hac vice*) |
| LibertyView, Suite 400 | KILPATRICK TOWNSEND & |
| 457 Haddonfield Rd. |    STOCKTON LLP |
| Cherry Hill, NJ 08002-2220 | 1100 Peachtree Street, Suite 2800 |
| Telephone: (856) 317-3600 | Atlanta, GA 30309 |
| | Telephone:    (404) 815-6500 |

*Counsel for Defendant General Information Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2013, I electronically filed the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record:

Noah Axler
DONOVAN SEARLES, LLC
1845 Walnut St.
Ste 1100
Philadelphia, PA 19103
215-732-6067
Fax: 215-732-8060
Email: naxler@donovansearles.com

James A. Francis
John Soumilas
Erin A. Novak
FRANCIS & MAILMAN, PC
Land Title Bldg 19th Floor
100 S. Broad St.
Philadelphia, PA 19110
215-735-8600
Fax: 215-940-8000
Email: jfrancis@consumerlawfirm.com

Janet F. Ginzberg
Michael G. Hollander
COMMUNITY LEGAL SERVICES
1424 Chestnut Street
Philadelphia, PA 19102
215-981-3794
Email: jginzberg@clsphila.org
Email: mhollander@clsphila.org

Tony West
Maame Ewusi-Mensah Frimpong
Michael S. Blume
Kenneth L. Jost
Gerald C. Kell
U.S. DEPARTMENT OF JUSTICE
P.O. Box. 386
Washington, D.C. 20044
Email: gerald.kell@usdoj.gov

　　　　　　/s/ Robert E. Campbell
　　　　　　Robert E. Campbell

*Counsel for Defendant General Information Services, Inc.*