# EXHIBIT 1

Case 2:10-cv-06850-PBT   Document 82-2   Filed 04/30/13   Page 2 of 6

SHAMARA KING vs. GENERAL INFORMATION SERVICES, INC.
Shamara T. King on 08/28/2012                                    Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT

 2         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

 3

 4   SHAMARA KING, on behalf of herself :  CIVIL ACTION
     and all others similarly situated, :
 5              Plaintiffs,             :
                                        :
 6                                      :
                 vs.                    :
 7                                      :
                                        :
 8                                      :
     GENERAL INFORMATION SERVICES,      :
 9   INC.,                              :
                Defendant.              :  NO. 2:10-cv-06850
10
                         ----------
11            Tuesday, August 28, 2012
                         ----------
12

13      Videotape Deposition of SHAMARA T. KING, taken

14   pursuant to notice at the law office of Francis &

15   Mailman, P.C., Land Title Building, 100 South Broad

16   Street, 19th Floor, Philadelphia, Pennsylvania, on the

17   above date, beginning at approximately 9:30 a.m.,

18   before Charles P. Carmody, Federally Approved,

19   Registered Professional Reporter and Notary Public.

20
           ------------------------------------------
21

22

23

24

25
```

Case 2:10-cv-06850-PBT Document 82-2 Filed 04/30/13 Page 3 of 6

SHAMARA KING vs. GENERAL INFORMATION SERVICES, INC.
Shamara T. King on 08/28/2012                                Page 24

1  sued my client, General Information Services, because

2  they -- these were background checks that they had run

3  on you.

4  A.      Yes.

5  Q.      And that background check revealed a criminal

6  record. I just want to go through the events

7  surrounding that criminal -- the criminal record. Can you

8          describe for me what happened?

9  A.      In 2000?

10 Q.      In 2- -- well, let me stop something. Do you only

11         have -- the criminal record that

12 GI reported was a 2000 record?

13 A.      Yes.

14 Q.      Do you have any other criminal history?

15 A.      No.

16 Q.      Okay. Can you describe for me what happened in

17 2000? What were the events that led to the arrests?

18 A.      Yes. The events were, what it came down to

19 was that my cousin and some of his friends, they were,

20 you know, accused of stealing cars and whatnot,

21 whatever else they were doing. And I was -- I was

22 there with them -- with them, with my cousin, but I

23 didn't know, you know, what they were doing. So we was in my

24         car and the cops pulled us

25 over. And I come to find out that he had an MV record.

Case 2:10-cv-06850-PBT   Document 82-2   Filed 04/30/13   Page 4 of 6

SHAMARA KING vs. GENERAL INFORMATION SERVICES, INC.
Shamara T. King on 08/28/2012                                    Page 25

```
 1   So since I was with them, they arrested me also.  And
 2   we went to the interrogation room, and they were
 3   interrogating me, and I was telling them that, you
 4   know, I was just there with him meeting his friend, and
 5   I didn't know what was going on.  So they let me go,
 6   but they kept him.
 7   Q.        Okay. And what happened next that you recall?
 8   A.        And then next after that, then I was getting
 9   letters saying I had to appear in court and stuff. So I hired
10             me a lawyer, and my uncle and I
11   went down to the court, and they were -- my lawyer
12   didn't show.  So -- but they still wanted to proceed. So the
13             District Attorney was telling me that,
14   you know, they had a lot of evidence against me, that
15   my cousin and his friends, they, you know, was
16   conspiring against me.  And he was just telling me, you
17   know -- you know, I would go to jail, you know, if I
18   chose to go to court.  So he said if I could just plead
19   guilty, I would get three months' probation, so... Now, at
20             that time, I never got in any trouble
21   and I didn't know what to do and I didn't want to go to
22   jail, so that's what I did at that time.  But if I knew
23   that I would have a record all these years, I would
24   have took my chances and went to court.
25   Q.        Okay. So as I understand it, you were charged with
```

Case 2:10-cv-06850-PBT   Document 82-2   Filed 04/30/13   Page 5 of 6

SHAMARA KING vs. GENERAL INFORMATION SERVICES, INC.
Shamara T. King on 08/28/2012                               Page 26

```
 1   ten or eleven different counts?
 2   A.        Yeah.
 3   Q.        Okay. And all of those counts arose out of that
 4   same incident, shall we say, that you were -- you were
 5   in the car with your cousin and you were arrested, and
 6   that resulted in these changes being brought against
 7   you?
 8   A.        Yes.
 9   Q.        And what did you plead guilty to?
10   A.        It was criminal conspiracy and theft by
11   taking.
12   Q.        And you received probation?
13   A.        Yes.
14   Q.        For how long?
15   A.        It was three years.
16   Q.        And did you satisfy the terms of that
17   probation?
18   A.        Yes, yes.
19   Q.        And the rest of the charges against you, what
20   happened to those, or what is your understanding of
21   what happened to those?
22   A.        To my understanding, those are nol pros.
23   Q.        And what do you understand "nol pros" to
24   mean?
25   A.        Dismissed.
```

Case 2:10-cv-06850-PBT   Document 82-2   Filed 04/30/13   Page 6 of 6

SHAMARA KING vs. GENERAL INFORMATION SERVICES, INC.
Shamara T. King on 08/28/2012                                    Page 33

```
 1   know when.
 2   A.          It was either June or July of 2010.
 3   Q.          And did you meet with Mr. Hollander or
 4   someone else in his -- at Community Legal Services?
 5   A.          I think it might have been someone else at
 6   that time.
 7   Q.          Do you remember that person's name?
 8   A.          No.  I think they was just taking -- taking
 9   down my information, and then -- because, yeah, I never
10   met him, and then I received a call.  He called me.
11   Q.          About how long after you had the meeting did
12   Mr. Hollander call you?
13   A.          A couple of days.
14   Q.          Okay. You mentioned the United States Postal
15   Service.  When was first time you applied for a job
16   with them?
17   A.          I know it was 2010.  I think it was March.
18   Q.          Had you applied with them previously?
19   A.          No.
20   Q.          And how did you -- did the United States
21   Postal Service have an ad somewhere that they were
22   hiring?
23   A.          No, I went on online.
24   Q.          And did you -- how did you fill out the
25   application with the United States Postal Service?  Was
```