# EXHIBIT 2

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL INFORMATION SERVICES, INC., <br><br> Defendant. | Case No.:  2:10-cv-06850-PBT |

**DECLARATION OF LORI C. WEBB IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Lori Webb, declare as follows:

1.      My name is Lori Webb.  I am over 21 years of age and am competent to give testimony.  I am the Senior Vice President of Operations for General Information Services, Inc. ("GIS").  The facts herein are based upon my personal knowledge and my review of the business records of GIS.

2.      I have reviewed the allegations that Plaintiff Shamara T. King has made against GIS in case number 2:10-cv-06850-PBT currently pending in the United States District Court for the Eastern District of Pennsylvania (the "Lawsuit").

3.      I am familiar with GIS's policies and procedures for preparing consumer reports and I am familiar with the contract that GIS had with the United States Postal Service ("USPS") at the time that GIS produced the consumer report that is the subject of the Lawsuit.

4.      I have reviewed GIS's records regarding Plaintiff and am familiar with the consumer report that is the subject of the Lawsuit.

5.      Attached hereto as **Exhibit A** is a true and correct copy of the consumer report prepared by GIS regarding Shamara T. King in February - March 2010 that is the subject of the Lawsuit (the "Report").

6.      GIS prepares consumer reports by gathering and reporting public records of conviction available at the time that GIS prepares the consumer report.

7.      Specifically, GIS prepares consumer reports for many of our customers by first running a "KwikScreen" national criminal database background search.  The KwikScreen search results are used to identify potentially matching information that GIS subsequently verifies when preparing a consumer report.  The unverified KwikScreen results do not appear on the finished reports but instead are used as a basis for GIS researchers to perform further jurisdictional searches to verify information to include on a consumer report.

8.      GIS then gathers public records about consumers based on jurisdictional searches – that is, GIS accesses public record information about consumers at the time that it prepares the reports.

9.      GIS reports complete matching records of convictions as they appear at the time that GIS prepares the consumer report.

10.      As a matter of policy, GIS does not report non-conviction criminal record information that predates the report by more than seven years that is not also part of a record of conviction.

11.      The USPS ordered a background check about Plaintiff on February 23, 2010.

12.      On February 23, 2010, GIS performed a KwikScreen search for Plaintiff.

13.      The KwikScreen search that GIS performed on February 23, 2010 regarding Plaintiff returned matching information.

14.     Based on the presence of matching KwikScreen information, on February 24, 2010, GIS ordered traditional jurisdictional validation searches about Plaintiff.

15.     In the jurisdictional search process, GIS's Online Court Interface ("OCI") system searched Plaintiff's first and last name in the records of the Pennsylvania court system.

16.     On February 24, 2010, the OCI system found information matching Plaintiff in the records of the Court of Common Pleas for Montgomery County, Pennsylvania.  The OCI system downloaded and placed a PDF of the record of conviction for Plaintiff back onto the GIS work order, saving a copy of the PDF in GIS's system.

17.     The record that GIS downloaded for Plaintiff was a court record showing that Plaintiff was convicted in a criminal case.  The record that GIS downloaded was not a police record showing that Plaintiff had been apprehended and arrested by a police officer.

18.     After verifying that the information returned from the OCI system belonged to Plaintiff, a member of GIS's Records Entry group reviewed Plaintiff's record of conviction and keyed the information into GIS's "CRIM" program for inclusion on the Report.

19.     Because Plaintiff's record of conviction included a conviction and *nolle prossed* counts as part of a single record and because both the conviction and the disposition of the *nolle prossed* counts appeared in the public records of conviction, GIS reported the complete record, including the conviction count and the *nolle prossed* counts.

20.     GIS completed the Report on March 2, 2010.

21.     As part of GIS's contract with the USPS in place at the time that GIS prepared the Report in early 2010, GIS performed "grading" for the USPS.

22.     Grading involves categorizing criminal records included on a report.  The categorization allows GIS's system to apply a set of criteria, provided by the USPS, to determine

the categorized information.  The USPS-provided criteria instruct GIS's system to code certain categories of offenses in the background report as either a "Pass," "Review," or "Hit," based on the USPS's pre-determined criteria for what it considers material in evaluating background reports.

23.     USPS's grading guidelines in place at the time of Plaintiff's February-March 2010 report called for any felony or misdemeanor conviction (except DUI, DWI, or traffic offenses) to be a "Hit."  As such, Plaintiff's January 2000 felony conviction on her background report was graded as a "Hit."

24.     The USPS grading guidelines in place at the time of Plaintiff's February 2010 report do not ascribe any importance to nolle prossed criminal charges.

25.     GIS does not make hiring decisions for the USPS.  Instead it applies the USPS criteria to alert the USPS to information falling into its pre-determined categories for grading.

26.     GIS sends "pre-adverse action" letters on behalf of the USPS, which are sent automatically if any criminal record information matches an applicant and qualifies as a "Hit" on the USPS grading criteria.

27.     GIS sends "adverse action" letters on behalf of the USPS only if the USPS logs into GIS's internal system and alerts GIS that an applicant is a "Fail," by manually changing the person's grade in the GIS system to a "Fail."  That alerts GIS that the USPS intends not to hire the applicant based on information in the report prepared by GIS.

28.     Once the USPS changes an applicant to Fail, the GIS system automatically sends an adverse action letter to the consumer, informing them that the employer took adverse action against the consumer on the basis of information in the consumer's background report.

29.     GIS does not decide when an applicant should be changed to "Fail" in the system.

30.　　As to Plaintiff's February 2010 job application referenced in Paragraph 4, GIS sent Ms. King a pre-adverse action letter dated March 3, 2010 because her background report contained a felony conviction, which is a "Hit" under the USPS grading guidelines in place at the time. A true and correct copy of the pre-adverse action letter, together with its enclosures, is attached hereto collectively as **Exhibit B.**

31.　　As to Plaintiff's February 2010 job application with the USPS, GIS did not send Ms. King an adverse action letter because the USPS never changed Plaintiff's grade on the GIS system to a "Fail." GIS had no reason to know or suspect that the USPS had denied Plaintiff's employment report as a result of the information contained in Plaintiff's background report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 30th day of April, 2013.

LORI C. WEBB

# EXHIBIT A

Background Report

| Subject Name: | KING, SHAMARA TERRELL | | Attn Of: | Madden, Linda |
|---|---|---|---|---|
| Residence Addr: | 4736 RORER STREET<br>PHILADELPHIA, PA 19120 | | Account: | USPSINTG USPS Integration Account |
| Date of Birth: | 1978 | | Social Security: | xxx-xx-3234 |
| Requested: | 2/23/2010<br>by Madden, Linda | | Date Completed: | 03/03/2010 (DD 1579) |
| Candidate ID: | 54726263 | | District: | Philadelphia BMC |
| Requisition ID: | 56832813 | | | |
| Admitted Criminal Info: | YES~The charge was criminal conspiracy back in february of 2000.~~20000201~US~PA~norristown~1~I was charge with criminal conspiracy back in 2000. My case has been reviewed by the board of pardons and I am waiting for a confirmation letter to go to harrisburg to explain my case. I never took from no one.~~ | | Pending Charges: | NO |
| Work Order #: | 20611596 | | Grade: | Hit ▶ |
| Position Applied #: | 5201-1001 CASUAL E6-07 PHILADELPHIA PA | | | |

For California consumers: This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. If the consumer seeks to obtain a copy of a report or to review his or her file, we will provide the consumer a written notice in simple, plain English and Spanish of his or her right to receive all disclosures required by California law.

## Service Summary

| Service | Requested | Completed |
|---|---|---|
| County Criminal Search | 2/23/2010 10:02:17 AM | 3/3/2010 3:17:55 PM |
| Kwik Screen (GIS Criminal Records Database) | 2/23/2010 10:02:17 AM | 3/2/2010 6:56:42 PM |

## Grading Results   back to top

NOTE: This section explains how the information in the following sections is graded under criteria provided by the requesting company. Any information listed here is not in addition to the sections set out below, but is a classification of the information set out below. For example, similar types of offenses are grouped together.

| Service | Description |
|---|---|
| Criminal History Search | Felony/Misdemeanor: Convictions (Except DUI / DWI / Traffic) |
| Comments | |
| None | |

## Comments   back to top

Mar 3 2010 5:17PM: 1st Adverse Action Letter Sent.

## Admitted Criminal Information   back to top

| Applicant Admits to criminal conviction other than traffic violations? | No |
|---|---|
| Details: | |

## Criminal History   back to top

NOTE: This section identifies public records appearing to belong to the subject, based on identifiers provided by the requesting company and matching the public record, each being identified below.

| Jurisdiction | Montgomery County, PA (FELONY AND MISDEMEANOR) |
|---|---|
| Name Searched | KING, SHAMARA TERRELL |
| Aliases Searched | |
| Results | See felony below |

GIS000699

| Name on Record | KING, SHAMARA T | | |
|---|---|---|---|
| Search Period | 2000 to 03/02/2010 | | |
| Identifiers | NAME AND DOB | | |
| **Record Details** | | | |
| Public Case # | CP-46-CR-0001385-2000 | | |
| Offense Date | 01/08/2000 | Offense | COUNT-1 FELONY CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TALKING - MOVABLE PROPERTY COUNT-2 FELONY COUNT 2 THRU 8 - CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TAKING - MOVABLE PROPERTY COUNT-9 SUMMARY DRIVING WHILE OPER PRIV SUSPENDED OR REVOKED COUNT-10 FELONY CRIMINAL CONSPIRACY ENGAGING - BURGLARY COUNT-11 FELONY CRIMINAL CONSPIRACY ENGAGING - CRIMINAL TRESPASS - ENTER STRUCTURE |
| Disposition Date | 07/26/2000 | Disposition | COUNT-1 GUILTY PLEA - FINANCIAL ASSESSMENTS 3 YEARS - PROBATION 3 YEARS MAXIMUM - GRAND TOTALS:431.25 COUNT-2-8 NOLLE PROSSED COUNT-9 NOLLE PROSSED COUNT-10 NOLLE PROSSED COUNT-11 NOLLE PROSSED |

| Jurisdiction | Philadelphia County, PA (FELONY AND MISDEMEANOR) |
|---|---|
| Name Searched | KING, SHAMARA TERRELL |
| Aliases Searched | |
| Results | No Record |
| Search Period | 2003 to 03/01/2010 |

| Jurisdiction | National Crim Search, US (FELONY AND MISDEMEANOR) | |
|---|---|---|
| Name Searched | | |
| Aliases Searched | | |
| Results | Record Found | |
| Name on Record | | |
| Search Period | 2003 to 03/02/2010 | |
| Identifiers | | |
| **Record Details** | | |
| Public Case # | | |
| Offense Date | | Offense |
| Disposition Date | | Disposition |

## KwikScreen (GiS Criminal Records Database)  back to top

**Verified Record**

| Jurisdiction | Montgomery County, PA (FELONY AND MISDEMEANOR) | | |
|---|---|---|---|
| Name Searched | KING, SHAMARA TERRELL | | |
| Aliases Searched | | | |
| Results | See felony below | | |
| Name on Record | KING, SHAMARA T | | |
| Search Period | 2000 to 03/02/2010 | | |
| Identifiers | NAME AND DOB | | |
| **Record Details** | | | |
| Public Case # | CP-46-CR-0001385-2000 | | |
| Offense Date | 01/08/2000 | Offense | COUNT-1 FELONY CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TALKING - MOVABLE PROPERTY COUNT-2 FELONY COUNT 2 THRU 8 - CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TAKING - MOVABLE PROPERTY COUNT-9 SUMMARY DRIVING WHILE OPER PRIV SUSPENDED OR REVOKED COUNT-10 FELONY CRIMINAL CONSPIRACY ENGAGING - BURGLARY COUNT-11 FELONY CRIMINAL CONSPIRACY ENGAGING - CRIMINAL TRESPASS - ENTER STRUCTURE |
| Disposition Date | 07/26/2000 | Disposition | COUNT-1 GUILTY PLEA - FINANCIAL ASSESSMENTS 3 YEARS - PROBATION 3 YEARS MAXIMUM - GRAND TOTALS:431.25 COUNT-2-8 NOLLE PROSSED COUNT-9 NOLLE PROSSED COUNT-10 NOLLE PROSSED COUNT-11 NOLLE PROSSED |

GIS000700

PRUSSED COUNT-11 NOLLE PROSSED .

| DataSource: PENNSYLVANIA ADMIN OFFICE OF COURTS - COMMON PLEAS | | | |
|---|---|---|---|
| **RECORD INFORMATION:** | | | |
| Name | KING, SHAMARA T | Known Aliases | |
| Address | PHILADELPHIA , PA 19124 | County | |
| DOB | 03/07/1978 | Race | BLACK |
| Sex | FEMALE | Height | ' |
| Weight | | Hair Color | |
| Eye Color | | Picture | |
| **OFFENSE:** | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 4 | |
| **OFFENSE:** | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING BURGLARY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3502 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 10 | |
| **OFFENSE:** | | | |

GIS000701

| Jurisdiction | | Statute Number | |
|---|---|---|---|
| Charge Description | DRIV WHILE OPERATE PRIV SUSPEND OR REVOKED | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| RECORD DETAILS | | | |
| County | | MONTGOMERY | |
| Title | | 75 | |
| Section | | 1543 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 9 | |
| OFFENSE: | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| RECORD DETAILS | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 5 | |
| OFFENSE: | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| RECORD DETAILS | | | |
| County | | MONTGOMERY | |

GIS000702

| Title | 18 |
|---|---|
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 7 |

| OFFENSE: | | | |
|---|---|---|---|
| **Jurisdiction** | | **Statute Number** | |
| **Charge Description** | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| **Charge Class** | | **Date of Charge** | 01/08/2000 |
| **Arrest Date** | | **Arresting Agency** | |
| **Originating Agency** | | **File Date** | |
| **Disposition** | NOLLE PROSSED | **Disposition Date** | 07/26/2000 |
| **Fine Amount** | | **Court Costs** | |
| **Sentence** | | **Sentence Date** | |
| **Probation** | | **Confinement** | |
| **Plea** | | **Court Decision** | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 8 |

| OFFENSE: | | | |
|---|---|---|---|
| **Jurisdiction** | | **Statute Number** | |
| **Charge Description** | CRIMINAL CONSPIRACY ENGAGING CRIMINAL TRES-ENTER STRUCTURE | | |
| **Charge Class** | | **Date of Charge** | 01/08/2000 |
| **Arrest Date** | | **Arresting Agency** | |
| **Originating Agency** | | **File Date** | |
| **Disposition** | NOLLE PROSSED | **Disposition Date** | 07/26/2000 |
| **Fine Amount** | | **Court Costs** | |
| **Sentence** | | **Sentence Date** | |
| **Probation** | | **Confinement** | |
| **Plea** | | **Court Decision** | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3503 |
| Subsection | A1I |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 11 |

| OFFENSE: | | | |
|---|---|---|---|
| **Jurisdiction** | | **Statute Number** | |
| **Charge Description** | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |

GIS000703

| Charge Class | | Date of Charge | 01/08/2000 |
|---|---|---|---|
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 6 |

| OFFENSE: | | | |
|---|---|---|---|
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 2 |

| OFFENSE: | | | |
|---|---|---|---|
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | GUILTY PLEA | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |

Confidential

GIS000704

| Subsection | | A | |
|---|---|---|---|
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 1 | |
| **OFFENSE:** | | | |
| Jurisdiction | | **Statute Number** | |
| **Charge Description** | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| **Charge Class** | | Date of Charge | 01/08/2000 |
| **Arrest Date** | | **Arresting Agency** | |
| **Originating Agency** | | **File Date** | |
| **Disposition** | NOLLE PROSSED | **Disposition Date** | 07/26/2000 |
| **Fine Amount** | | **Court Costs** | |
| **Sentence** | | **Sentence Date** | |
| **Probation** | | **Confinement** | |
| **Plea** | | **Court Decision** | |
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 3 | |

You agree that your request for this report is permitted by law and that you intend to use the report only for a purpose permitted by the Fair Credit Reporting Act and local law, and no other purpose. This report is based upon observation and information provided by General Information Services, Inc. (GiS). For the fee charged, GiS does not assume any liability arising out of the use of this report by you or others. You, or any other user of this report, agree to hold GiS harmless from any liability arising from the use of this report.

Email Client Services
General Information Services, Inc. - P.O. Box 353 - Chapin, SC 29036 - (877) 590-4012
Published on  6/30/2010 at 12:16:05 PM .

**MVR Report**

Confidential

# EXHIBIT B

eQuest+ Background Report                                      Page 1 of 15



**Employment Background Reporting**

3/3/2010

Case #: 20611596

SHAMARA KING
4736 RORER STREET
PHILADELPHIA, PA 19120                    USP

Dear SHAMARA KING:

As part of its employment process, the U.S. Postal Service obtains consumer reports regarding Candidates. These reports assist them in evaluating individuals for employment.

We are enclosing a copy of the consumer report obtained in conjunction with your consideration for employment. The information in the report was obtained by:

General Information Services
Disclosure Department
P.O. Box 353
Chapin, SC 29036
Toll-free telephone no.: 1-866-265-4917
Toll-free fax no.: 1-866-265-4921

We are also enclosing a copy of an information sheet summarizing your rights under the Fair Credit Reporting Act (FCRA) and a Disclosure/Dispute Process Request Form that you can complete to dispute the findings. You have the right to dispute the accuracy or completeness of any information contained in the report. If you believe the report to be inaccurate or incomplete, please fax the completed Disclosure/Dispute Process Request Form to GIS within (5) five business days from the date of this letter (the fax number is on the form).

The U.S. Postal Service has or will be completing their review of your application within the next few days, and may take action based on the enclosed report.

Thank you for your interest in employment with the U.S. Postal Service.

Sincerely,

General Information Services on behalf of the U.S. Postal Service

Enc.: Copy of Investigation Report
Summary of Rights Under FCRA
Dispute Request Form

KING - 4

**Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

### A Summary of Your Rights Under the Fair Credit Reporting Act

The Federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure")..You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed

or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit .

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-567-8688 (1-888-5OPT OUT) .

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit .

### Notice of Amendments to the Fair Credit Reporting Act

The Summary of Your Rights provided above does not reflect recent amendments contained in the Consumer Reporting Employment Clarification Act of 1998. Of importance to you are the following changes to the law:

- Conviction of a crime can be reported regardless of when the conviction occurred.

- If you apply for a job that is covered by the Department of Transportation authority to establish qualifications and the maximum hours for such job and you apply by mail, telephone, computer or other similar means, **your consent to a consumer report may validly be obtained orally,** in writing, or electronically. If an adverse action is taken against you because of such consumer report wherein you give your consent to the consumer reporting agency over the telephone, computer, or similar means, **you may be informed of such adverse action and the name, address and phone number of the consumer reporting agency, orally,** in writing, or electronically.

These amendments were retroactive to September 30, 1997.

KING - 6

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission Consumer Response Center - FCRA Washington, DC 20580 1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks *(Word "National" or initials "N.A." appear in or after the bank's name.)* | Office of the Comptroller of the Currency Compliance Management, Mail Stop 6-6 Washington, DC 20219 800-613-6743 |
| Federal reserve system member banks *(Except national banks and federal branches/agencies of foreign banks.)* | Federal Reserve Board Division of Consumer & Community Affairs Washington, DC 20551 202-452-3693 |
| Savings associations and federally-chartered savings banks *(Word "Federal" or initials "F.S.B." appear in federal institution's name.)* | Office of Thrift Supervision Consumer Complaints Washington, DC 20552 800-842-6929 |
| Federal credit unions *(Words "Federal Credit Union" appear in institution's name.)* | National Credit Union Administration 1775 Duke Street Alexandria, VA 22314 703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation Consumer Response Center 2345 Grand Avenue, Suite 100 Kansas City, Missouri 64108-2638 1-877-275-3342 |
| Air, surface or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation Office of Financial Management Washington, DC 20590 202-366-1306 |
| Activities subject to the Packers and Stockyard Act, 1921 | Department of Agriculture Office of Deputy Administrator - GIPSA Washington, DC 20250 202-720-7051 |

KING - 7



**Nationwide Background Investigation Services**
FAX: (866) 265-4921
Phone: (866) 265-4917

## DISCLOSURE / DISPUTE PROCESS REQUEST FORM

If you wish to dispute the accuracy of any information contained within the General Information Services, Inc. (GIS) consumer report or consumer investigative report completed on you by GIS for USPS Integration Account, please provide the identification information listed below.

You must fax this form along with any attachments (documents which possibly validate your dispute) to GIS using the toll free fax number listed on this form in order to begin the process. You will be contacted by GIS following the receipt of your "signed" form. Should you have any questions, you may conact the GIS disclosure department using the toll free voice number listed on this form.

GIS CASE NUMBER: 20611596

LAST NAME,                          FIRST NAME                          MIDDLE NA
_____

ADDRESS                             CITY                                STATE ZIP
_____

DAYTIME PHONE #                                          EVENING PHONE #
_____

SOCIAL SECURITY NUMBER                                   BIRTH DATE
_____

DRIVER'S LICENSE NUMBER                                  STATE
_____

My signature below authorizes GIS to begin the disclosure process in connection with a consumer report or consumer investigative report, which was prepared on me by GIS for USPS Integration Account.

_____
SIGNATURE                                                           DATE

*Please indicate that information which appears to be incorrect on your GIS report:*

_____

_____

_____

KING - 8

## Background Report

| | | | |
|---|---|---|---|
| Subject Name: | KING, SHAMARA TERRELL | | |
| Residence Addr: | 4736 RORER STREET PHILADELPHIA, PA 19120 | Account: | USPSINTG USPS Integration Account |
| Date of Birth: | ▮1978 | Social Security: | xxx-xx-3234 |
| Requested: | 2/23/2010 | Date Completed: | 03/03/2010 (DD 1579) |
| Candidate ID: | 54726263 | District: | Philadelphia BMC |
| Requisition ID: | 56832813 | | |
| Admitted Criminal Info: | YES~The charge was criminal conspiracy back in february of 2000.~~20000201~US~PA~norristown~1~I was charge with criminal conspiracy back in 2000. My case has been reviewed by the board of pardons and I am waiting for a confirmation letter to go to harrisburg to explain my case. I never took from no one.~~ | Pending Charges: | NO |
| Work Order #: | 20611596 | Grade: | Hit ⚑ |
| Position Applied #: | 5201-1001 CASUAL E6-07 PHILADELPHIA PA | | |

For California consumers: This report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity may be inaccurately associated with the consumer who is the subject of the report. If the consumer seeks to obtain a copy of a report or to review his or her file, we will provide the consumer a written notice in simple, plain English and Spanish of his or her right to receive all disclosures required by California law.

## Service Summary

| Service | Requested | Completed |
|---|---|---|
| County Criminal Search | 2/23/2010 10:02:17 AM | 3/3/2010 3:17:55 PM |
| KwikScreen (GIS Criminal Records Database) | 2/23/2010 10:02:17 AM | 3/2/2010 6:56:42 PM |

## Grading Results   back to top

NOTE: This section explains how the information in the following sections is graded under criteria provided the requesting comp. Any information listed here is not in addition to the sections set out below, but is a classification of the information set out below example, similar types of offenses are grouped together.

| Service | Description |
|---|---|

| Criminal History Search | Felony/Misdemeanor: Convictions (Except DUI / DWI / Traffic) |
|---|---|
| Comments | |
| None | |

## Admitted Criminal Information   back to top

| Applicant Admits to criminal conviction other than traffic violations? | No |
|---|---|
| Details: | |

## Criminal History   back to top

NOTE: This section identifies public records appearing to belong to the subject, based on identifiers provided by the requesting company and matching the public record, each being identified below.

| Jurisdiction | Montgomery County, PA (FELONY AND MISDEMEANOR) | | |
|---|---|---|---|
| Name Searched | KING, SHAMARA TERRELL | | |
| Aliases Searched | | | |
| Results | See felony below | | |
| Name on Record | KING, SHAMARA T | | |
| Search Period | 2000 to 03/02/2010 | | |
| Identifiers | NAME AND DOB | | |
| **Record Details** | | | |
| Public Case # | CP-46-CR-0001385-2000 | | |
| Offense Date | 01/08/2000 | Offense | COUNT-1 FELONY CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TALKING - MOVABLE PROPERTY COUNT- FELONY COUNT 2 THRU 8 - CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TAKING - MOVABLE PROPERTY COUNT-9 SUMMARY DRIVING WHILE OPER PRIV SUSPENDED OR REVOKED COUNT-10 FELONY CRIMINAL CONSPIRACY ENGAGING - BURGLARY COUNT-11 FELONY CRIMINAL CONSPIRACY ENGAGING - CRIMINAL TRESPASS ENTER STRUCTURE |
| Disposition Date | 07/26/2000 | Disposition | COUNT-1 GUILTY PLEA - FINANCIAL ASSESSMENTS 3 YEARS - PROBATION 3 YEARS MAXIMUM - GRAND TOTALS:431.25 COUNT-2-8 NOLLE PROSSED COUNT-9 NOLLE PROSSED COUNT-10 NOLLE PROSSED COUNT-11 NOLLE PROSSED |

| Jurisdiction | Philadelphia County, PA (FELONY AND MISDEMEANOR) |
|---|---|
| Name Searched | KING, SHAMARA TERRELL |
| Aliases Searched | |
| Results | No Record |
| Search Period | 2003 to 03/01/2010 |

| Jurisdiction | National Crim Search, US (FELONY AND MISDEMEANOR) |
|---|---|

KING - 10

eQuest+ Background Report

| Name Searched | |
|---|---|
| Aliases Searched | |
| Results | Record Found |
| Name on Record | |
| Search Period | 2003 to 03/02/2010 |
| Identifiers | |
| **Record Details** | |
| Public Case # | |

| Offense Date | | | Offense | |
|---|---|---|---|---|
| Disposition Date | | | Disposition | |

## KwikScreen (GiS Criminal Records Database)   back to top

### Verified Record

| Jurisdiction | Montgomery County, PA (FELONY AND MISDEMEANOR) |
|---|---|
| Name Searched | KING, SHAMARA TERRELL |
| Aliases Searched | |
| Results | See felony below |
| Name on Record | KING, SHAMARA T |
| Search Period | 2000 to 03/02/2010 |
| Identifiers | NAME AND DOB |
| **Record Details** | |
| Public Case # | CP-46-CR-0001385-2000 |

| Offense Date | 01/08/2000 | Offense | COUNT-1 FELONY CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TALKING - MOVABLE PROPERTY COUNT-2 FELONY COUNT 2 THRU 8 - CRIMINAL CONSPIRACY ENGAGING - THEFT BY UNLAW TAKING - MOVABLE PROPERTY COUNT-9 SUMMARY DRIVING WHILE OPER PRIV SUSPENDED OR REVOKED COUNT-10 FELONY CRIMINAL CONSPIRACY ENGAGING - BURGLARY COUNT-11 FELONY CRIMINAL CONSPIRACY ENGAGING - CRIMINAL TRESPASS - ENTER STRUCTURE |
|---|---|---|---|
| Disposition Date | 07/26/2000 | Disposition | COUNT-1 GUILTY PLEA - FINANCIAL ASSESSMENTS 3 YEARS - PROBATION 3 YEARS MAXIMUM - GRAND TOTALS:431.25 COUNT-2-8 NOLLE PROSSED COUNT-9 NOLLE PROSSED COUNT-10 NOLLE PROSSED COUNT-11 NOLLE PROSSED . |

| DataSource: PENNSYLVANIA ADMIN OFFICE OF COURTS - COMMON PLEAS | | | |
|---|---|---|---|
| **RECORD INFORMATION:** | | | |
| Name | KING, SHAMARA T | Known Aliases | |
| Address | PHILADELPHIA , PA 19124 | County | |

| DOB | 03/07/1978 | | Race | BLACK |
|---|---|---|---|---|
| Sex | FEMALE | | Height | |
| Weight | | | Hair Color | |
| Eye Color | | | Picture | |

| OFFENSE: | | | | |
|---|---|---|---|---|
| Jurisdiction | | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | | |
| Charge Class | | | Date of Charge | 01/08/2000 |
| Arrest Date | | | Arresting Agency | |
| Originating Agency | | | File Date | |
| Disposition | NOLLE PROSSED | | Disposition Date | 07/26/2000 |
| Fine Amount | | | Court Costs | |
| Sentence | | | Sentence Date | |
| Probation | | | Confinement | |
| Plea | | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 4 |

| OFFENSE: | | | | |
|---|---|---|---|---|
| Jurisdiction | | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING BURGLARY | | | |
| Charge Class | | | Date of Charge | 01/08/2000 |
| Arrest Date | | | Arresting Agency | |
| Originating Agency | | | File Date | |
| Disposition | NOLLE PROSSED | | Disposition Date | 07/26/2000 |
| Fine Amount | | | Court Costs | |
| Sentence | | | Sentence Date | |
| Probation | | | Confinement | |
| Plea | | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |

| | |
|---|---|
| Section | 3502 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 10 |

| OFFENSE: | | | | |
|---|---|---|---|---|
| Jurisdiction | | Statute Number | | |
| Charge Description | DRIV WHILE OPERATE PRIV SUSPEND OR REVOKED | | | |
| Charge Class | | Date of Charge | 01/08/2000 | |
| Arrest Date | | Arresting Agency | | |
| Originating Agency | | File Date | | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 | |
| Fine Amount | | Court Costs | | |
| Sentence | | Sentence Date | | |
| Probation | | Confinement | | |
| Plea | | Court Decision | | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 75 |
| Section | 1543 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 9 |

| OFFENSE: | | | | |
|---|---|---|---|---|
| Jurisdiction | | Statute Number | | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | | |
| Charge Class | | Date of Charge | 01/08/2000 | |
| Arrest Date | | Arresting Agency | | |
| Originating Agency | | File Date | | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 | |
| Fine Amount | | Court Costs | | |
| Sentence | | Sentence Date | | |
| Probation | | Confinement | | |

| Plea | | Court Decision | |
|---|---|---|---|
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 5 | |
| **OFFENSE:** | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 7 | |
| **OFFENSE:** | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |

KING - 14

| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
|---|---|---|---|
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

**RECORD DETAILS**

| County | MONTGOMERY |
|---|---|
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 8 |

**OFFENSE:**

| Jurisdiction | | Statute Number | |
|---|---|---|---|
| Charge Description | CRIMINAL CONSPIRACY ENGAGING CRIMINAL TRES-ENTER STRUCTURE | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

**RECORD DETAILS**

| County | MONTGOMERY |
|---|---|
| Title | 18 |
| Section | 3503 |
| Subsection | A1I |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 11 |

**OFFENSE:**

| Jurisdiction | | Statute Number | |
|---|---|---|---|

KING - 15

| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
|---|---|---|---|
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 6 |

**OFFENSE:**

| Jurisdiction | | Statute Number | |
|---|---|---|---|
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |

| RECORD DETAILS | |
|---|---|
| County | MONTGOMERY |
| Title | 18 |
| Section | 3921 |
| Subsection | A |
| Otn No | H1042204 |
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |

KING - 16

| Case Disposition Date | | 07/26/2000 | |
|---|---|---|---|
| Charge Sequence | | 2 | |
| **OFFENSE:** | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | GUILTY PLEA | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |
| Otn No | | H1042204 | |
| Docket Number | | CP-46-CR-0001385-2000 | |
| Case Disposition | | MIGRATED DISPOSITION | |
| Charge Type | | STATUTE | |
| Case Disposition Date | | 07/26/2000 | |
| Charge Sequence | | 1 | |
| **OFFENSE:** | | | |
| Jurisdiction | | Statute Number | |
| Charge Description | CRIMINAL CONSPIRACY ENGAGING THEFT BY UNLAW TAKING-MOVABLE PROPERTY | | |
| Charge Class | | Date of Charge | 01/08/2000 |
| Arrest Date | | Arresting Agency | |
| Originating Agency | | File Date | |
| Disposition | NOLLE PROSSED | Disposition Date | 07/26/2000 |
| Fine Amount | | Court Costs | |
| Sentence | | Sentence Date | |
| Probation | | Confinement | |
| Plea | | Court Decision | |
| **RECORD DETAILS** | | | |
| County | | MONTGOMERY | |
| Title | | 18 | |
| Section | | 3921 | |
| Subsection | | A | |

KING - 17

| Otn No | H1042204 |
|---|---|
| Docket Number | CP-46-CR-0001385-2000 |
| Case Disposition | MIGRATED DISPOSITION |
| Charge Type | STATUTE |
| Case Disposition Date | 07/26/2000 |
| Charge Sequence | 3 |

You agree that your request for this report is permitted by law and that you intend to use the report only for a purpose permitted by the Fair Credit Reporting Act and local law, and no other purpose. This report is based upon observation and information provided to General Information Services, Inc. (GIS). For the fee charged, GIS does not assume any liability arising out of the use of this report by you or others. You, or any other user of this report, agree to hold GIS harmless from any liability arising from the use of this report.

**Email Client Services**
General Information Services, Inc. - P.O. Box 353 - Chapin, SC 29036 - (877) 590-4012
Published on  3/3/2010 at 5:17:16 PM .

KING - 18