# EXHIBIT 3

```
                                                        Page 1

              UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF PENNSYLVANIA

 SHAMARA T. KING, on behalf :
 of herself and all others  :
 similarly situated,        :
                            :
           Plaintiff,       :
                            :
      vs.                   : C.A. NO:  10-6850
                            :
 GENERAL INFORMATION        :
 SERVICES, INC.,            :
           Defendant.       :


     VIDEOTAPED 30(b)(6) and INDIVIDUAL
        DEPOSITION OF:  LORI C. WEBB


   DATE:           June 26, 2012

   TIME:           9:04 AM

   LOCATION:       A. William Roberts, Jr. & Assoc.
                   1201 Main Street, Suite 1980
                   Columbia, SC

   TAKEN BY:       Counsel for the Plaintiff

   REPORTED BY: SANDRA K. BJERKE, RDR, CRR, CBC




        SUMMIT COURT REPORTING, INC.
   Certified Court Reporters and Videographers
        1500 Walnut Street, Suite 1610
        Philadelphia, Pennsylvania 19102
   424 Fleming Pike, Hammonton, New Jersey 08037
   (215) 985-2400 * (609) 567-3315 * (800) 447-8648
            www.summitreporting.com
```

Page 91

1    knowledgeable about the ins and outs of the

2    system's search and query capabilities?

3           A.    I believe he knows the search query

4    capabilities and assists in writing the search

5    query capabilities.  When you ask about all the ins

6    and outs of the system -- it's a very complex

7    system -- I can't answer that.

8           Q.    Okay.  Would he be -- he was the

9    person, obviously, that you went to, though; right?

10          A.    Correct.

11          Q.    All right.  Let me just ask you some

12   generalized questions about GIS, okay?

13          A.    Okay.

14          Q.    And then I'm going to focus a little

15   more specifically, you know, as it pertains to the

16   allegations and the claims in this complaint, okay?

17          GIS is a consumer reporting agency;

18   correct?

19          A.    Yes.

20          Q.    And as a result, it is regulated by the

21   Fair Credit Reporting Act with regard to the

22   background checks it sells to employers; correct?

23          A.    That's correct.

24          Q.    All right.  Now, in this case GIS sold

Page 92

1    a background check about the plaintiff in this

2    case, Ms. King, to the United States Postal Service

3    in connection with a job application that she had

4    made; correct?

5         A.   Correct.

6         Q.   Okay.  Are you able to take me through

7    the process of what the company does when a client

8    such as the US Postal Service requests a background

9    check from GIS?

10        A.   Yes.

11        Q.   All right.  Please tell me what happens

12   and how it comes about.

13        A.    Well, specifically referring to the

14   United States Postal Service.

15        Q.   Okay.

16        A.   Because we have many clients --

17        Q.   Okay.

18        A.    -- whose method of requests varies,

19   really, client by client.

20             The United States Postal Service has an

21   integration with our systems through their system,

22   which I believe is written by SAP.  It's called

23   eCareer.

24             Candidates go online and select open

Page 96

1          Q.    Okay.   When you say the two components,

2     you're referring to Ms. King's situation; correct?

3          A.    That's correct, um-hum.

4          Q.    And I think you are correct -- that we

5     can look at it in a bit when I show you the report

6     if I need to -- that there were two different

7     things searched; right?

8                There was the county that was searched,

9     and there was the KwickScreen national database;

10    correct?

11         A.    Correct.

12         Q.    Let me back you up before we get there.

13         A.    Um-hum.

14         Q.    You mentioned the CRIM program.

15         A.    Um-hum.

16         Q.    Okay.   Can you tell me more

17    specifically what that is and what it does?

18         A.    It is a workforce distribution tool

19    that, by jurisdiction, assigns work orders to

20    either internal researchers or external researchers

21    for public record research and fulfillment

22    returning that information back to our operations

23    team.

24         Q.    Okay.   That program, where does it

Page 97

```
 1    reside?

 2              Is it -- is there a computer for that

 3    program?

 4         A.   Well, it's an entire system.

 5         Q.   Okay.  So it's --

 6         A.   And it's in Chapin, South Carolina.

 7         Q.   Okay.  So when the first request comes

 8    in for fulfillment, it goes into the CRIM program;

 9    correct?

10         A.   Yes.

11         Q.   And CRIM decides -- I'm sorry.  Go

12    ahead.

13         A.   Based on the services.

14         Q.   Right.

15         A.   Okay.

16         Q.   So based upon what the client orders,

17    is CRIM the program that determines what to do in

18    response to the request that is made?

19         A.   It determines who the service search is

20    assigned to for fulfillment.

21         Q.   Right.  So if somebody is searching for

22    a national database, it will make that decision;

23    correct?

24         A.   Yes.
```

Page 98

```
 1          Q.    Whereas if somebody --
 2          A.    That's actually not done through the
 3    CRIM program.  That's done through another piece of
 4    technology.
 5          Q.    Where is that decision made, whether or
 6    not it's --
 7          A.    It's electronic in the system.
 8          Q.    Okay.  That's not the CRIM.  Okay.
 9                So can you give me -- can you give me
10    specifically the type of decision that CRIM makes?
11          A.    Yes.  It says I'm a public record
12    search for Richland County, South Carolina.
13    Therefore, I go to this particular researcher for
14    fulfillment.
15          Q.    Okay.  I understand.  What is the other
16    piece?
17                Why doesn't it do that for the
18    KwickScreen national database?
19          A.    Because the KwickScreen national
20    database, that's its own data processing system.
21          Q.    I see.
22          A.    I mean, it makes a call to the
23    database.  It returns information back from the
24    database.
```

Page 99

```
 1            Q.    Okay.

 2            A.    Then any matches are fulfilled in what

 3       we refer to as our elementary queue.

 4            Q.    Okay.  And so would I be correct then

 5       in stating that the KwickScreen national database

 6       search is step No. 1?

 7            A.    No.  They happen simultaneously.

 8            Q.    Okay.  So it gets routed to the county

 9       as well as the national database search gets routed

10       as well?

11            A.    Well, the national database search gets

12       routed to an internal team who looks at the

13       information that's contained in the database search

14       and then makes a determination if the information

15       that's contained in the database is relevant to

16       that particular individual, is it relevant to that

17       client's specific reporting needs.

18            Q.    Okay.

19            A.    If it is something that's relevant,

20       then they push out and order to a traditional

21       public record base search through the CRIM system

22       to validate that information before it is returned.

23            Q.    Okay.  So when -- let me --

24            A.    If it ever is returned.
```

Page 100

```
 1           Q.   Okay.  Let me ask you some questions
 2    about the national database.
 3                Would I be correct in stating that the
 4    national database information is the KwickScreen
 5    data?
 6           A.   Yes.
 7           Q.   Okay.  Now, what does KwickScreen mean?
 8    Is that like a trademark term?
 9           A.   Yes.
10           Q.   And is that a trademark term that is
11    owned by GIS?
12           A.   Well, I don't know if it's specifically
13    trademarked, but it's a term that we've been using
14    for many years before I got to the company.
15    National database search was referred to as
16    KwickScreen.
17           Q.   All right.  So where is the database
18    housed that contains the KwickScreen information?
19           A.    It would be in the computer systems in
20    Chapin, South Carolina.
21           Q.   Okay.  It's actually in your office,
22    like in your building that you're in?
23           A.    In one of the buildings.  We have
24    multiple buildings on our campus.
```

Page 110

```
 1    to review the information that's returned in the

 2    KwickScreen.

 3              From there, grouping up all those

 4    concepts, they make a determination if this

 5    information in the database is relevant, that it

 6    needs to be validated back at the jurisdictional

 7    source before we can return any information

 8    relevant to that.

 9         Q.   Okay.  When you say it needs -- someone

10    determines that it needs to be relevant, is that a

11    person or a computer or a system that does that?

12         A.   That's a person.

13         Q.   Okay.  Where and who -- where are those

14    people?

15         A.   They're in Chapin.

16         Q.   They're in Chapin.  And what are the

17    titles of the people that do that?

18         A.   KwickScreen associates/coordinators.

19         Q.   And what are they supposed to be doing?

20              So when they get a match -- when you

21    say they -- when a match comes back, is a match --

22    you mean the report comes back?

23         A.   I mean a match to a name.

24         Q.   A match to a name.
```

Page 124

1          Q.    Did you --

2          A.    I mean, you'd have to go back through

3     the case events and see all the different

4     timestamps and everything that's recorded.

5          Q.    Do you know in fact in this case if an

6     individual actually did validate the information

7     that was -- that was returned from the KwickScreen

8     database about Ms. King?

9          A.    Yes, the information was validated.

10          Q.    How do you know that?

11          A.    Because there's a section of the report

12     that says verified KwickScreen record.

13          Q.    Okay.  Is that the only basis for you

14     to say that, or have you seen other records which

15     showed that somebody validated it?

16          A.    Well, that's our process.  That's our

17     standard.

18          Q.    Okay.

19          A.    You have to make a selection, order the

20     jurisdiction, check the flag that this is something

21     sourced from KwickScreen.  Then it allows the

22     service to return back to them and associate that

23     validation of the jurisdictional source as part of

24     that, that report.

Page 125

1          Q.   Do you know what the individual did

2     and/or what information the individual obtained in

3     order to validate in this case?

4          A.   Without having the record in front of

5     me, I believe I recall that it's Montgomery County,

6     Pennsylvania, and they went to the source to obtain

7     the information and pulled that back.

8          Q.   When you say the source, you mean the

9     Montgomery County Courthouse?

10         A.   County court.

11         Q.   Okay.  And do you know -- the person

12    went personally or the person ordered something

13    online?

14         A.   I think it was an online search.

15         Q.   Okay.  It was an on --

16         A.   I believe that that jurisdiction is one

17    that's online.

18         Q.   Okay.  And how would you know that?

19    Would that be because -- the policy and practice,

20    or do you know that because you spoke to this

21    person and they said --

22         A.   It's an internal researcher.  We have

23    an online court integration to pull that

24    information back.

Page 149

1          A.    In this particular case it means that

2     there is presence of public record information

3     under which the United States Postal Service has

4     stipulated that we need to report back to them.

5          Q.    Okay.

6          A.    They have very broad flagging, if you

7     will.

8          Q.    Okay.  Under the heading, going down,

9     service summary, there are two services that were

10    performed here:  the county criminal search and the

11    KwickScreen search; is that correct?

12         A.    That's correct.

13         Q.    All right.  And would you describe for

14    me what the times referenced to the right of those

15    services indicate?

16         A.    Sure.

17         Q.    And what they communicate to us?

18         A.    February the 23rd, 2010 at 10 o'clock,

19    2 minutes and 17 seconds after the hour in the

20    morning the work order came into the system for

21    fulfillment through the process that I described

22    earlier.

23              And the date of March the 2nd, 2010,

24    6:56:42 seconds PM was when the KwickScreen

Page 150

1    criminal database search was returned back to the

2    reporting services team for categorizing the

3    criminal activity at the county level that is

4    referenced as the completion date of March the 3rd,

5    2010 at 3:17 and 55 seconds.

6              Q.   Okay.  Let me back you up there.  At

7    6:56 -- on March 2nd, 2010 at 6:56 and 42 seconds

8    PM, that's the time that the KwickScreen data

9    information came back; correct?

10             A.   That's the time at which the verified

11   record from the KwickScreen pointer file, if you

12   will, was introduced, yes.

13             Q.   Into which system?  GIS's system?

14             A.   GIS internal systems.

15             Q.   Uh-huh.  Now, was that information at

16   that point available to the US Postal Service?

17             A.   No.

18             Q.   Okay.  And then -- let me ask you one

19   thing:  What is the cause of the delay between

20   February 23rd, 2010 and March 2nd, 2010?

21             A.   What is -- oh.  Just timing of

22   researching public records and getting that

23   information back into the system.

24             Q.   So that doesn't suggest that the actual

Page 151

1    data retrieval by the computer took that long;

2    correct?

3         A.   Right.

4         Q.   That is -- the data comes back, and

5    then that's the time when the person goes into the

6    queue and enters it?

7         A.   The search kicks off and did on

8    February the 23rd.  I'm sure there's a weekend

9    somewhere in between there.

10        Q.   Okay.

11        A.   So Saturdays and Sundays are not

12   considered to be workdays relative to time service.

13        Q.   Um-hum.

14        A.   But the presence of record information,

15   something that we take seriously.  It goes through

16   various different hands before it actually gets

17   back into a report format, even for our internal

18   folks to see.

19             So that information that has been

20   researched by the -- either the internal

21   researcher, in this case it was then given to a

22   records entry clerk to enter.  Then it passes

23   through another tier of review by our RV specialist

24   who ensure that what the records entry clerk has

Page 155

1    presence of either one of those things, a felony or

2    a misdemeanor, that will trigger a hit?

3              A.    A felony or misdemeanor conviction will

4    trigger a hit as is currently set up for the United

5    States Postal Service, because that's the status

6    that they want to see.

7              Q.    Okay.  And there may be other clients

8    that don't care about a misdemeanor.  All they want

9    to see are felonies; correct?

10             A.    That's correct.

11             Q.    Now, if you go down two headings after

12   that there's a section at the bottom called

13   criminal history.  Do you see that?

14             A.    Um-hum.

15             Q.    Now, where is the data from that

16   follows under that heading?

17             A.    If you go to the next page.

18             Q.    Yes.

19             A.    Because that heading starts out at

20   Montgomery County.

21             Q.    Yes.

22             A.    Felony/misdemeanors were checked.  The

23   name that was searched.  No aliases were searched.

24   The results say:  See felony below.

Page 156

1            Now we're on to the page that you're

2    referring to.  So the name that was identified on

3    record was this Shamara King.  We specified the

4    time period that we searched.  How did we identify

5    the information?  Because we have standards by

6    which we report -- I think we discussed earlier.

7            Q.   Well, yes.

8            A.   Record information back.  You have to

9    have matching information.  Nothing quasi match.

10   It has to be a match to the candidate.  The case

11   number, the offenses and the disposition.

12           Q.   Okay.

13           A.   Along with the dates.

14           Q.   I guess my question more specifically

15   is:  In the bottom of Page 1 to Page 2 of

16   Plaintiff's Exhibit No. 2, where is that data

17   coming from?

18            In other words, the public case number

19   with the information that's listed there, where is

20   that coming from?  Is that coming from the

21   validation?

22           A.   From the validation --

23           Q.   Step.

24           A.   -- of the KwickScreen, yes.

Page 159

1    by going to the court and physically identifying

2    what is listed on the public record index there.

3         Q.   Okay.  And in connection with that

4    process regarding Ms. King's situation, the

5    information that the person obtained appears on

6    Page 2, at the top of Page 2; correct?

7         A.   Correct.

8         Q.   That -- am I correct that that

9    information which appears at the top of Page 2 is

10   the information that was obtained by your

11   validation employee from the Montgomery County

12   Court of Common Pleas?

13        A.   It was obtained not necessarily by the

14   validation employee, but it was obtained through

15   the different processes that go along.

16             Whereby in this particular case, an

17   internal researcher goes, searches the public

18   records that are available to them, puts that

19   information back, passes it off through the

20   workflow coordinator to the records entry clerk.

21             Someone else after the records entry

22   clerk enters the information, looks at it and says,

23   okay, this is the standard in keeping with what we

24   are supposed to report.  And then it goes on to

Page 160

1    another phase.

2            Q.    Okay.  So the information that appears

3    at the top of Page 2 is all of the information that

4    the GIS employee obtained from the Montgomery

5    County Court of Common Pleas.

6            A.    Court of Common Pleas.

7            Q.    Correct?

8            A.    Yes.

9            Q.    If there was other information that

10   that person had obtained from the Montgomery Court

11   of Common Pleas, it would appear in this record;

12   correct?

13           A.    Not necessarily, because that depends

14   upon what information is out there at the court of

15   common pleas and whether or not it's reportable

16   under GIS reporting guidelines or under

17   client-specific reporting guidelines.

18           Q.    Are you -- are you saying that there

19   are times --

20                 MR. FRANCIS:  Strike that.

21   BY MR. FRANCIS:

22           Q.    Do you know whether or not those other

23   instances occurred in this case?

24           A.    No, I do not.

Page 161

1          Q.    With regard to this particular

2     situation involving Ms. King, is -- and based upon

3     your review of the records that you mentioned

4     before, is the information that appears at the top

5     of Page 2 of Plaintiff's Exhibit 2 all of the

6     information that was obtained from the Montgomery

7     County Court of Common Pleas?

8          A.    Yes, to my understanding, that's

9     correct.

10         Q.    Is the information which appears here

11    on Page 2 typical of the type of information that

12    an employee will obtain when they do a manual check

13    from a county court?

14         A.    Yes.

15         Q.    Okay.  To follow up on what you said

16    before, would I be correct in stating that the GIS

17    employees do not get the entire criminal file;

18    correct?

19         A.    We do not get the entire criminal file

20    that would have the complaint, police affidavits,

21    et cetera.

22         Q.    Right.  So, for example, if there were

23    a police criminal complaint, that would not appear

24    in the record like this.