# **EXHIBIT 4**

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

SHAMARA T. KING, on
behalf of herself and all others similarly
situated,
        Plaintiff,

v.

GENERAL INFORMATION SERVICES,
INC.,

        Defendants.

Case No.: 2:10-cv-06850-PBT

**DECLARATION OF JOHN HANKS IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, John Hanks, declare as follows:

1. My name is John Hanks. I am over 21 years of age and am competent to give testimony. I am the Director of Public Records for General Information Services, Inc. ("GIS"). The facts herein are based upon my personal knowledge and my review of the business records of GIS.

2. In my role as the Director of Public Records for GIS, I oversee the operation of GIS's systems for accessing public record information to include in consumer reports prepared by GIS.

3. I have reviewed the allegations that Plaintiff Shamara T. King has made against GIS in case number 2:10-cv-06850-PBT currently pending in the United States District Court for the Eastern District of Pennsylvania (the "Lawsuit").

4. I am familiar with GIS's policies and procedures for preparing consumer reports.

5. I am familiar with how GIS gathers public record information, and the systems that GIS uses to retrieve records of conviction.

US2008 2652021.2

6. I am also familiar with the records in GIS's system regarding Plaintiff's consumer report at issue in the Lawsuit.

7. GIS utilizes an Online Court Interface ("OCI") system to gather public records of conviction information from certain jurisdictions, including Pennsylvania.

8. When a GIS report calls for information from Pennsylvania, the OCI system sends the consumer's first and last name to the Pennsylvania court record system. The OCI then matches the names against the public record index and downloads copies of any matching information.

9. Matching records are downloaded in PDF format directly into GIS's system and attached to the work order for a report in progress.

10. GIS subsequently matches a second piece of identifying information (such as social security number or date of birth) against all returned records to verify which records belong to the consumer who is the subject of the report.

11. With respect to Plaintiff's report that is the subject of the Lawsuit, on February 24, 2010, the OCI matched Plaintiff's first and last name in the Pennsylvania public record index and returned a records of conviction from the Court of Common Pleas of Montgomery County. GIS subsequently matched the date of birth from Plaintiff's records of conviction to Shamara T. King to ensure that the reported information matched Plaintiff.

12. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's records of conviction that the OCI system downloaded from the Pennsylvania court system on February 24, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of April, 2013.

_____
JOHN HANKS

# EXHIBIT A

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



**Docket Number:** CP-46-CR-0001385-2000
## CRIMINAL DOCKET
### Court Case

Commonwealth of Pennsylvania
v.
Shamara T King

Page 1 of 11

## CASE INFORMATION

| | |
|---|---|
| **Judge Assigned:** Tressler, Paul W. | **Date Filed:** 03/02/2000    **Initiation Date:** 03/02/2000 |
| **OTN:** H1042204 | **Lower Court Docket No:** CR23-00 |
| **Initial Issuing Authority:** | **Final Issuing Authority:** |
| **Arresting Agency:** Upper Moreland Twp Police Dept | **Arresting Officer:** Affiant |
| **Case Local Number Type(s)** | **Case Local Number(s)** |
| Legacy Docket Number | 0138500 |

## STATUS INFORMATION

**Case Status:** Closed

| Status Date | Processing Status | | |
|---|---|---|---|
| 06/17/2009 | Completed | **Arrest Date:** | 02/03/2000 |
| 07/26/2000 | Migrated Final Disposition | | |
| 03/02/2000 | Migrated Case | | |

**Complaint Date:** 01/20/2000

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Motion for Expungement | 05/13/2009 | 9:30 am | Courtroom 4 | Judge William T. Nicholas | Scheduled |
| Motion for Expungement | 06/17/2009 | 9:30 am | Courtroom 4 | Judge Stanley R. Ott | Scheduled |

## CONFINEMENT INFORMATION

| Confinement Known As Of | Confinement Type | Destination Location | Confinement Reason | Still in Custody |
|---|---|---|---|---|

## DEFENDANT INFORMATION

**Date Of Birth:** ■■/1978    **City/State/Zip:** Philadelphia, PA  19124

**Alias Name**
King, Shamara

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | King, Shamara T. |

AOPC 2220 - Rev 02/24/2010                                                          Printed: 02/24/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



Docket Number: CP-46-CR-0001385-2000
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 2 of 11

## BAIL INFORMATION

**King, Shamara T.**  Nebbia Status: None

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 02/03/2000 | Monetary - Cash Percentage | 10.00% | $10,000.00 | | |
| | | | | | Posted | 02/04/2000 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Date | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 2 | 2 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 3 | 3 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 4 | 4 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 5 | 5 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 6 | 6 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 7 | 7 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 8 | 8 | F3 | 18 § 3921 §§A | Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | 01/08/2000 | H1042204 |
| 9 | 9 | S | 75 § 1543 §§A | Driv While Oper Priv Susp Or Revoked | 01/08/2000 | H1042204 |
| 10 | 10 | F2 | 18 § 3502 §§A | Criminal Conspiracy Engaging - Burglary | 01/08/2000 | H1042204 |
| 11 | 11 | | 18 § 3503 §§A1I | Criminal Conspiracy Engaging - Crim Tres-Enter Structure | 01/08/2000 | H1042204 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



**Docket Number: CP-46-CR-0001385-2000**
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 3 of 11

### DISPOSITION SENTENCING/PENALTIES

**Disposition**

| Case Event | Disposition Date | Final Disposition |
|---|---|---|
| Sequence/Description | Offense Disposition | Section |
| Sentencing Judge | Sentence Date | Credit For Time Served |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date |
| Sentence Conditions | | |
| Linked Offense - Sentence | Link Type | Linked Docket Number |

**Migrated Disposition**

Migrated Dispositional Event — 07/26/2000 — Final Disposition

| | | |
|---|---|---|
| 1 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Guilty Plea | 18§903§§A1 |
| Migrated, Judge | 07/26/2000 | |
| Financial Assessments | Max of 3.00 Years | 07/26/2000 |
| Probation | Max of 3.00 Years | 07/26/2000 |

| | | |
|---|---|---|
| 2 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
| Migrated, Judge | 07/26/2000 | |
| Financial Assessments | | 07/26/2000 |

| | | |
|---|---|---|
| 3 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
| Migrated, Judge | 07/26/2000 | |
| Financial Assessments | | 07/26/2000 |

| | | |
|---|---|---|
| 4 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
| Migrated, Judge | 07/26/2000 | |
| Financial Assessments | | 07/26/2000 |

| | | |
|---|---|---|
| 5 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
| Migrated, Judge | 07/26/2000 | |
| Financial Assessments | | 07/26/2000 |

| | | |
|---|---|---|
| 6 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
| Migrated, Judge | 07/26/2000 | |
| Financial Assessments | | 07/26/2000 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



Docket Number: CP-46-CR-0001385-2000
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 4 of 11

## DISPOSITION SENTENCING/PENALTIES

Disposition

| Case Event<br>Sequence/Description<br>Sentencing Judge<br>Sentence/Diversion Program Type<br>Sentence Conditions<br>Linked Offense - Sentence | Disposition Date<br>Offense Disposition<br>Sentence Date<br>Incarceration/Diversionary Period<br><br>Link Type | Final Disposition<br>Section<br>Credit For Time Served<br>Start Date<br><br>Linked Docket Number |
|---|---|---|
| 7 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
|   Migrated, Judge | 07/26/2000 | |
|     Financial Assessments | | 07/26/2000 |
| 8 / Criminal Conspiracy Engaging - Theft By Unlaw Taking-Movable Prop | Nolle Prossed | 18§903§§A1 |
|   Migrated, Judge | 07/26/2000 | |
|     Financial Assessments | | 07/26/2000 |
| 9 / Driv While Oper Priv Susp Or Revoked | Nolle Prossed | 75§1543§§A |
|   Migrated, Judge | 07/26/2000 | |
|     Financial Assessments | | 07/26/2000 |
| 10 / Criminal Conspiracy Engaging - Burglary | Nolle Prossed | 18§903§§A1 |
|   Migrated, Judge | 07/26/2000 | |
|     Financial Assessments | | 07/26/2000 |
| 11 / Criminal Conspiracy Engaging - Crim Tres-Enter Structure | Nolle Prossed | 18§903§§A1 |
|   Migrated, Judge | 07/26/2000 | |
|     Financial Assessments | | 07/26/2000 |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

## DOCKET



Docket Number: CP-46-CR-0001385-2000

# CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania

v.

Shamara T King

Page 5 of 11

| COMMONWEALTH INFORMATION | ATTORNEY INFORMATION |
|---|---|
| **Name:** Steven Jay Latzer, Esq.<br>District Attorney | **Name:** Harry R. Seay, Esq.<br>Private |
| **Supreme Court No:** 069951 | **Supreme Court No:** 015438 |
| **Phone Number(s):** | **Rep. Status:** Active |
| (610) 278-3132 (Phone) | **Phone Number(s):** |
| **Address:** | (215) 735-5300 (Phone) |
| Montgomery County District Attorney's Office | (215) 546-7473 (Fax) |
| Swede & Airy Sts PO Box 311 | **Address:** |
| Norristown PA  19404--0311 | Clark & McGill, P.C. |
|  | 230 S Broad St 2nd Fl |
|  | Philadelphia PA  19102--4121 |
|  | Representing: King, Shamara T. |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



Docket Number: CP-46-CR-0001385-2000
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 6 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | | Service Status |
| 1 | 02/04/2000 | | | |
| 002 BAIL POSTED IN THE SUM OF $1,00 | | | | |
| BAIL POSTED IN THE SUM OF $1,000.00 10% | | | | |
| | | | | Migrated, Filer |
| 1 | 02/28/2000 | | | |
| 003 NOTICE FOR ARRAIGNMENT ON 04/28 | | | | |
| NOTICE FOR ARRAIGNMENT ON 04/28/2000 | | | | |
| | | | | Migrated, Filer |
| 1 | 02/28/2000 | | | |
| 001 PAPERS INCLUDED WITH TRANSCRIPT | | | | |
| PAPERS INCLUDED WITH TRANSCRIPT | | | | |
| | | | | Migrated, Filer |
| 1 | 03/02/2000 | | | |
| Original Papers Received from Lower Court | | | | |
| | | | | Unknown Filer |
| 1 | 04/24/2000 | | | |
| 005 BILLS OF INFORMATION | | | | |
| BILLS OF INFORMATION | | | | |
| | | | | Migrated, Filer |
| 1 | 04/28/2000 | | | |
| 006 PRAECIPE TO ENTER APPEARANCE HA | | | | |
| PRAECIPE TO ENTER APPEARANCE HARRY SEAY | | | | |
| | | | | Migrated, Filer |
| 2 | 04/28/2000 | | | |
| 007 WAIVER OF ARRAIGNMENT | | | | |
| WAIVER OF ARRAIGNMENT | | | | |
| | | | | Migrated, Filer |

AOPC 2220 - Rev 02/24/2010                                                                                                                           Printed: 02/24/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY

## DOCKET



**Docket Number: CP-46-CR-0001385-2000**
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 7 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| Service To | | Service By | Filed By |
| Issue Date | Service Type | Status Date | Service Status |

1  07/11/2000
008 CONTINUED TO PASSED TO 07/26/20
CONTINUED TO PASSED TO 07/26/2000 (TRIAL) J DELRICCI
Migrated, Filer

1  07/26/2000
010 GUILTY PLEA JUDGE DELRICCI
GUILTY PLEA JUDGE DELRICCI
Migrated, Filer

1  07/26/2000
015 GUILTY PLEA J DELRICCI
GUILTY PLEA J DELRICCI
Migrated, Filer

1  07/26/2000
023 HEARING/CT.REPORTER GP/C OLIVEI
HEARING/CT.REPORTER GP/C OLIVEIRA
Migrated, Filer

1  07/26/2000
Migrated Automatic Registry Entry (
Migrated Automatic Registry Entry (Disposition) Text
Migrated, Filer

2  07/26/2000
Migrated Sentence
Migrated Sentence
Migrated, Filer

1  07/31/2000
013 RECORD MODIFICATION 1546,00AH,D
RECORD MODIFICATION 1546,00AH,DMC,CL-STATUS -6
Migrated, Filer

AOPC 2220 - Rev 02/24/2010                                                                                                Printed: 02/24/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.



# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET

Docket Number: CP-46-CR-0001385-2000
### CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 8 of 11

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| Service To | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status |

1    08/01/2000
  016 RECORD MODIFICATION 1259,C6,MAH
    RECORD MODIFICATION 1259,C6,MAH,CL-STATUS -L
                                                                                Migrated, Filer

1    08/11/2000
  019 CLERK OF COURT GENERAL $900 SUP
    CLERK OF COURT GENERAL $900 SUPERVISION FEE REMOVED PER APO
                                                                                Migrated, Filer

1    08/29/2000
  020 CASH BAIL REFUND 08/29/2000 $80
    CASH BAIL REFUND 08/29/2000 $800.00 BRENDA HAYES;911 W FISHER AVE; PHILA, PA 19141
                                                                                Migrated, Filer

1    09/12/2000
  022 TESTIMONY TAKEN BEFORE J DELRIC
    TESTIMONY TAKEN BEFORE J DELRICCI 07/26/2000
                                                                                Migrated, Filer

1    03/07/2001
  025 RECORD MODIFICATION 1313,00A7,S
    RECORD MODIFICATION 1313,00A7,SLJ,CL-STATUS -6
                                                                                Migrated, Filer

1    03/16/2001
  027 RECORD MODIFICATION 1135,00O5,J
    RECORD MODIFICATION 1135,00O5,JAF,CL-STATUS -L
                                                                                Migrated, Filer

1    04/05/2001
  032 RECORD MODIFICATION 1354,00AV,K
    RECORD MODIFICATION 1354,00AV,KLF,CL-STATUS -6
                                                                                Migrated, Filer

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



Docket Number: CP-46-CR-0001385-2000
## CRIMINAL DOCKET
**Court Case**

Commonwealth of Pennsylvania
v.
Shamara T King

Page 9 of 11

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | | |
|---|---|---|---|---|
| Service To | | Service By | | Filed By |
| Issue Date | Service Type | Status Date | | Service Status |
| 1 | 10/12/2005 | | | |
| Referral of Account to Collection Agency | | | | King, Shamara T. |
| 1 | 01/18/2006 | | | |
| Referral of Account to Collection Agency | | | | King, Shamara T. |
| 1 | 02/23/2009 | | | |
| Motion for Expungement | | | | King, Shamara T. |
| 1 | 02/25/2009 | | | |
| Referral of Account to Collection Agency | | | | King, Shamara T. |
| 1 | 05/11/2009 | 05/08/2009 | | |
| Motions Hearing Continued | | | | |
|    Motion for Expungement | | | | |
| | | Date of Service 05/08/09 | | |
| King, Shamara T. | | | | Nicholas, William T. |
|   05/08/2009 | First Class | | | |
| Montgomery County District Attorney's Office | | | | |
|   05/08/2009 | Interoffice | | | |
| Seay, Harry R. | | | | |
|   05/08/2009 | First Class | | | |
| 1 | 05/13/2009 | 05/13/2009 | | |
| Motions Hearing Continued | | | | |
|    Expungement | | | | |
| | | Date of Service 05/13/09 | | |
| Montgomery County District Attorney's Office | | | | Nicholas, William T. |
|   05/13/2009 | | | | |
| Seay, Harry R. | | | | |

AOPC 2220 - Rev 02/24/2010                                                                                                       Printed: 02/24/2010

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

| | | |
|---|---|---|
|  | **COURT OF COMMON PLEAS OF MONTGOMERY COUNTY** | |
| | **DOCKET** | |
| | | Docket Number: CP-46-CR-0001385-2000 |
| | | **CRIMINAL DOCKET** |
| | | Court Case |
| | Commonwealth of Pennsylvania | |
| | v. | Page 10 of 11 |
| | Shamara T King | |

### ENTRIES

| Sequence Number | CP Filed Date | Document Date | |
|---|---|---|---|
| Service To | Service By | | Filed By |
| Issue Date | Service Type | Status Date | Service Status |
| 05/13/2009 | | | |

| | | | |
|---|---|---|---|
| 1 | 06/17/2009 | 06/17/2009 | |
| Order Denying Motion for Expungement | | | |
| | | Date of Service 06/17/09 | |
| Montgomery County District Attorney's Office | | | Ott, Stanley R. |
| 06/17/2009 | | | |
| Seay, Harry R. | | | |
| 06/17/2009 | | | |

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.

# COURT OF COMMON PLEAS OF MONTGOMERY COUNTY
## DOCKET



Docket Number: CP-46-CR-0001385-2000
## CRIMINAL DOCKET
Court Case

Commonwealth of Pennsylvania
v.
Shamara T King

Page 11 of 11

### CASE FINANCIAL INFORMATION

Last Payment Date:  02/23/2009                Total of Last Payment:  -$361.25

| King, Shamara T.<br>Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| County Fees (Montgomery) | $150.00 | -$150.00 | $0.00 | $0.00 | $0.00 |
| ARB Collect (Montgomery) | $86.25 | -$86.25 | $0.00 | $0.00 | $0.00 |
| Firearm Education and Training Fund (158 of 1994) | $5.00 | -$5.00 | $0.00 | $0.00 | $0.00 |
| Crime Victims Compensation (Act 96 of 1984) | $11.25 | -$11.25 | $0.00 | $0.00 | $0.00 |
| Victim Witness Service (Act 111 of 1998) | $11.25 | -$11.25 | $0.00 | $0.00 | $0.00 |
| Judicial Computer Project | $9.00 | -$9.00 | $0.00 | $0.00 | $0.00 |
| Domestic Violence Compensation (Act 44 of 1988) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $9.60 | -$9.60 | $0.00 | $0.00 | $0.00 |
| Commonwealth Cost - HB627 (Act 167 of 1992) | $14.40 | -$14.40 | $0.00 | $0.00 | $0.00 |
| ATJ | $1.00 | -$1.00 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $310.25 | -$310.25 | $0.00 | $0.00 | $0.00 |
| **Fines** | | | | | |
| County Fines (Montgomery) | $121.00 | -$121.00 | $0.00 | $0.00 | $0.00 |
| Fines Totals: | $121.00 | -$121.00 | $0.00 | $0.00 | $0.00 |
| Grand Totals: | $431.25 | -$431.25 | $0.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated

Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police.  Moreover an employer who does not comply with the provisions of the Criminal History Record Information Act may be subject to civil liability as set forth in 18 Pa.C.S. Section 9183.