UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>GENERAL INFORMATION SERVICES, INC.,<br><br>    Defendant. | Case No.:  2:10-cv-06850-PBT |

**ORDER**

  AND NOW, this _____ day of _____, 2013, having considering the Motion for Summary Judgment of Defendant, General Information Services, Inc., and the response thereto, it is ORDERED and DECREED that the Motion is **GRANTED**.  Judgment is entered in favor of Defendant, General Information Services, Inc. on all claims.

                 BY THE COURT:

                 _____
                 Petrese B. Tucker, U.S.D.J.