IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated,<br><br>          Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION<br>SERVICES, INC.,<br><br>          Defendant. | Civil Action No. 10-6850<br><br>CLASS ACTION<br><br>**FILED**<br>MAY 1 3 2013<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

**STIPULATION REGARDING REMAINING BRIEFING DEADLINES FOR PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

AND NOW, this 6th day of May, 2013, WHEREAS Plaintiff filed a motion for class certification on March 21, 2013 (Dk. No. 77), and Defendant responded to the same on April 30, 2013 (Dk. No. 81), and WHEREAS Defendant moved for summary judgment on April 30, 2013 (Dk. No. 82), and WHEREAS Plaintiff's counsel presently have multiple scheduling conflicts including depositions, hearings and mediations in other matters, and the parties having proceeded without delay in accordance with the First Amended Scheduling Order (Dk. No. 80), it is it is hereby STIPULATED and AGREED by and between the undersigned counsel for Plaintiff and Defendant, and submitted for this Court's approval, that the remaining briefing schedule shall be as follows:

    1.    Plaintiff shall file and serve a Response to Defendant's Motion for Summary Judgment by June 13, 2013, and;

2.  Plaintiff shall file and serve her Reply in Further Support of her Motion for Class Certification by June 21, 2013, and:

3.  Defendant shall file and serve its Reply in Further Support of its Motion for Summary Judgment by July 13, 2013.

**Respectfully Submitted,**

| FRANCIS & MAILMAN, P.C. | KILPATRICK TOWNSEND & STOCKTON LLP |
|---|---|
| */s/ John Soumilas* <br> JAMES A. FRANCIS <br> JOHN SOUMILAS <br> ERIN A. NOVAK <br> Land Title Building, 19th Floor <br> 100 South Broad Street <br> Philadelphia, PA 19110 <br><br> *Attorneys for Plaintiff* <br> *Shamara T. King* | */s/ Cindy Hanson* <br> CINDY HANSON <br> JOHN P. JETT <br> 1100 Peachtree Street, Suite 2800 <br> Atlanta, GA 30309-4528 <br><br> *Attorneys for Defendant* <br> *General Information Services, Inc.* |

APPROVED BY THE COURT:

Date: 5/8/2013

_____
TUCKER,                              J.