UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION<br>SERVICES, INC.,<br><br>Defendant. | Civil Action No. 10-6850<br><br>CLASS ACTION |

**ORDER**

AND NOW, upon consideration of Plaintiff's Motion for Leave to File Overlength Reply Brief in Support of Motion For Class Certification (the "Motion"), and good cause appearing therefore,

IT IS, this ____ day of _____, 2013, HEREBY ORDERED that the Motion is GRANTED.

BY THE COURT:

_____
**Hon. Petrese B. Tucker,**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated<br><br>　　　Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION<br>SERVICES, INC.,<br><br>　　　Defendant. | Civil Action No. 10-6850<br><br>CLASS ACTION |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE OVERLENGTH
REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION**

Plaintiff Shamara T. King, by counsel, hereby files this Motion for Leave to File Overlength Reply Brief in Support of Class Certification, and in support thereof avers as follows:

Plaintiff's Reply Brief has been authorized by the Court. Doc. 83, ¶ 2. This Court's general motion practice rules for civil matters generally require that reply briefs are limited to seven pages. Policies and Procedures of the Honorable Petrese B. Tucker, Chief Judge, at p. 4.

Defendant has set forth numerous and detailed arguments in its 25 page Opposition to Plaintiff's Motion for Class Certification (Doc. 81). To adequately reply to and rebut those arguments, Plaintiff's Reply Brief will of necessity need to exceed the Court's general page limitation. Accordingly, Plaintiff seeks permission to file a Reply Brief in excess of the seven page limitation. Plaintiff anticipates that her Reply Brief will not exceed 16 pages in length.

WHEREFORE, Plaintiff respectfully prays that this Court grant her request and permit him to file an overlength brief in reply to Defendant's Opposition and in further support of class certification.

2

                                              Respectfully submitted,

Dated: June 19, 2013           **FRANCIS & MAILMAN, P.C.**

                                  BY:    */s/ James A. Francis*
                                                    JAMES A. FRANCIS
                                                    JOHN SOUMILAS
                                                    ERIN A. NOVAK
                                                    Land Title Building, 19th Floor
                                                    100 South Broad Street
                                                    Philadelphia, PA 19110
                                                    (215) 735-8600

                                                    **DONOVAN AXLER, LLC**
                                                    NOAH AXLER
                                                    1845 Walnut Street, Suite 1100
                                                    Philadelphia, PA  19103
                                                    (215) 732-6067

                                                    **COMMUNITY LEGAL SERVICES, INC.**
                                                      JANET F. GINZBERG
                                                    MICHAEL HOLLANDER
                                                    1424 Chestnut Street
                                                    Philadelphia, PA  19102
                                                    (215) 981-3745

                                                    Attorneys for Plaintiff and the Class

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the date below, I caused a true and correct copy of the foregoing to be served by ECF notification upon the following counsel of record:

Cindy D. Hanson, Esq.
John P. Jett, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528
chanson@kilpatricktownsend.com
jjett@kilpatricktownsend.com

Michael O. Kassak, Esq.
WHITE & WILLIAMS LLP
Liberty View, Suite 400
457 Haddonfield Road
Cherry Hill, NJ  08002
kassakm@whiteandwilliams.com

*Attorneys for Defendant*
*General Information Services, Inc.*

Date: June 19, 2013                                     *s/ James A. Francis*
                                                        James A. Francis