IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMARA T. KING | : | |
| ON BEHALF OF HERSELF AND ALL | : | |
| OTHERS SIMILARLY SITUATED , | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO.  10-6850 |
| v. | : | |
| | : | |
| GENERAL INFORMATION SERVICES, INC., | : | |
| | | |
| Defendant. | | |

## ORDER

**AND NOW**, this \_\_\_\_ day of July, 2013, **IT IS HEREBY ORDERED and DECREED** that Plaintiff's Motion for Leave to File a Reply (Doc. 85) is **GRANTED**.

**BY THE COURT:**

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**