IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION<br>SERVICES, INC.,<br><br>Defendant. | Civil Action No. 10-6850<br><br>CLASS ACTION<br><br>**FILED**<br>AUG 2 2 2013<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

### STIPULATION TO STAY CASE PENDING PRIVATE MEDIATION

AND NOW on this 19th day of August, 2013, it is hereby stipulated and agreed by and between counsel for Plaintiff Shamara T. King and Defendant General Information Services, Inc., and submitted for this Court's approval, as follows:

1. This case is referred to private mediation.

2. While the outcome of mediation is pending all deadlines in this matter are stayed.

3. The parties will provide a status report in this matter in sixty (60) days after the entry of this Court Order as to mediation and settlement.

4. Once mediation has been completed, the parties shall provide notice to this Court within seven (7) days of the outcome of such mediation.

Respectfully Submitted,

| FRANCIS & MAILMAN, P.C. | KILPATRICK TOWNSEND & STOCKTON LLP |
|---|---|
| /s/ David A. Searles<br>JAMES A. FRANCIS<br>JOHN SOUMILAS<br>DAVID A. SEARLES<br>Land Title Building, 19th Floor<br>100 South Broad Street<br>Philadelphia, PA 19110<br><br>*Attorneys for Plaintiff*<br>*Shamara T. King* | /s/ Cindy Hanson<br>CINDY HANSON<br>JOHN P. JETT<br>1100 Peachtree Street, Suite 2800<br>Atlanta, GA 30309-4528<br><br>*Attorneys for Defendant*<br>*General Information Services, Inc.* |

APPROVED BY THE COURT:

Date: 8/21/2013

_____
TUCKER, C.J.

ENTERED
AUG 22 2013
CLERK OF COURT

- 2 -