## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

SHAMARA T. KING, on
behalf of herself and all others similarly
situated,

    Plaintiff,

v.

GENERAL INFORMATION SERVICES,
INC.,

    Defendant.

Case No.: 2:10-cv-06850-PBT

**FILED**

JUN 2 0 2014

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

This cause is before the Court on the parties' joint motion to consolidate *King v. General Information Services, Inc.*, No. 2:10-cv-06850-PBT and *Dowell et al. v. General Information Services, Inc.*, No. 2:14-cv-03412-PBT for purposes of administering a single settlement of the two cases. Having reviewed the parties' joint motion, the Court finds that: (1) the class claims being settled in the *King* case are also raised in the *Dowell* case; (2) that the parties jointly moved to the transfer of the *Dowell* case to this Court for purposes of settlement, with an understanding that should final approval of the proposed settlement not be obtained that the actions shall be severed and *Dowell* shall be transferred back to California; and (3) that by order dated June 10, 2014, the United States District Court for the Southern District of California transferred *Dowell* to this Court for settlement.

For these reasons, and for other good cause shown, the Court hereby GRANTS the motion and orders that *King v. General Information Services, Inc.*, No. 2:10-cv-06850-PBT is consolidated for the purposes of settlement only with *Dowell et al. v. General Information Services, Inc.*, No. 2:14-cv-03412-PBT.

US2008 5635424 1

IT IS SO ORDERED, this __19th__ day of June, 2014.

                                                                      */s/ Petrese B. Tucker*
                                                                      PETRESE B. TUCKER
                                                                      Chief United States District Court Judge