## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated, | ) )<br>)<br>) | Civ. No. 10-6850 |
| Plaintiff, | ) | CLASS ACTION |
| vs. | )<br>) | |
| GENERAL INFORMATION<br>SERVICES, INC. | )<br>)<br>) | |
| Defendant. | )<br>) | |

| | | |
|---|---|---|
| NATALIE DOWELL, et al,<br>on behalf of herself and all others<br>similarly situated, | )<br>)<br>) | Civ. No. 14-3412 |
| Plaintiff, | ) | CLASS ACTION |
| vs. | )<br>) | |
| GENERAL INFORMATION<br>SERVICES, INC., et al | )<br>)<br>) | |
| Defendants. | )<br>) | |

## PLAINTIFFS' UNCONTESTED MOTION
## FOR PRELIMINARY APPROVAL OF
## CLASS ACTION SETTLEMENT AND NOTICE TO CLASS

Pursuant to Fed. R. Civ. P. 23(c) and Eastern District Local Rule 23.1, and for the reasons set forth more fully in the attached Memorandum of Law, Plaintiffs in these consolidated cases - Shamara T. King, Natalie Dowell and Lee Clark - move the Court, with the consent of Defendant General Information Services, Inc., for an Order preliminarily approving the settlement of this class action, approving the form and method for providing class-wide notice and scheduling a

hearing at which the following will be considered: request for final approval of the proposed settlement, entry of the Final Judgment and Order, and Plaintiffs' request for approval of agreed-upon attorney's fees and costs.  Defendant does not contest the requested relief.

Respectfully submitted,

Dated: June 24, 2014                    **FRANCIS & MAILMAN, P.C.**

BY:    <u>/s/  James A. Francis</u>
JAMES A. FRANCIS
JOHN SOUMILAS
DAVID A. SEARLES
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110
(215) 735-8600

**DONOVAN AXLER, LLC**
NOAH AXLER
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
(215) 732-6067

**COMMUNITY LEGAL SERVICES, INC.**
JANET F. GINZBERG
MICHAEL HOLLANDER
1424 Chestnut Street
Philadelphia, PA  19102
(215) 981-3745

Attorneys for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I do hereby certify that on the date below, I caused a true and correct copy of the foregoing to be served by ECF notification upon the following counsel of record:

Cindy D. Hanson, Esq.
Ross Andre, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528

Michael O. Kassak, Esq.
WHITE & WILLIAMS LLP
Liberty View, Suite 400
457 Haddonfield Road
Cherry Hill, NJ  08002

*Attorneys for Defendant*
*General Information Services, Inc.*

Date: June 24, 2014                                        *s/ James A. Francis*
                                                                        James A. Francis