UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated, | )<br>)<br>) | Civ. No. 10-6850 |
| Plaintiff,<br>vs.<br>GENERAL INFORMATION<br>SERVICES, INC.<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CLASS ACTION |
| NATALIE DOWELL, et al,<br>on behalf of herself and all others<br>similarly situated, | )<br>)<br>) | Civ. No. 14-3412 |
| Plaintiff,<br>vs.<br>GENERAL INFORMATION<br>SERVICES, INC., et al<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CLASS ACTION |

**MOTION TO PERMIT FILING UNDER SEAL**

Plaintiffs Shamara T. King, Natalie Dowell and Lee Clark, by counsel, respectfully request that the Court enter the attached proposed Order permitting the filing under seal of certain documents relating to Plaintiffs' Motion For Attorneys' Fees and Reimbursement of Expenses ("Motion"), and assigns the following reasons in support thereof.

1. In accordance with the Confidentiality Protective Order of this Court entered July 18, 2012 (Doc. 56), Plaintiffs have marked the documents contained in the following documents attached to Plaintiff's Motion as Confidential: Exhibit A and Exhibit B to Appendix 1 (Declaration of James A. Francis); Exhibit A to Appendix 2 (Declaration of Janet Ginzberg);

Exhibit A to Appendix 3 (Declaration of Michael A. Caddell); Exhibit B to Appendix 4 (Declaration of Noah Axler); Exhibit A to Appendix 5 (Declaration of Devin H. Fok).

2. The documents marked confidential contain attorney work product materials, and information protected by attorney-client privilege. No public interest is served by the disclosure of this information other than to the Court and the parties of this litigation as necessary to resolve Plaintiff's Petition for Attorneys' Fees and Reimbursement of Expenses.

3. Pursuant to the Confidentiality Protective Order, at paragraph 5, and Local Rule 5.1.5(a)(2), documents in this case may be filed under seal only if the Court first enters an Order allowing the filing under seal.

WHEREFORE, Plaintiffs Shamara T. King, Natalie Dowell and Lee Clark respectfully request that this Honorable Court grant this Motion and enter an Order in the form proposed herewith, permitting Plaintiffs to file under seal documents designated as "Confidential."

Dated: October 24, 2014                                        Respectfully submitted,

                                                  **FRANCIS & MAILMAN, P.C.**

By:    */s/ James A. Francis*
       JAMES A. FRANCIS
       DAVID A. SEARLES
       Land Title Building, 19th Floor
       100 South Broad Street
       Philadelphia, PA  19110

       *Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMARA T. KING, on behalf of herself and all others similarly situated, | ) ) ) ) | Civ. No. 10-6850 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| GENERAL INFORMATION SERVICES, INC. | ) ) ) | |
| Defendant. | ) ) | |
| NATALIE DOWELL, et al, on behalf of herself and all others similarly situated, | ) ) ) ) ) | Civ. No. 14-3412 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| GENERAL INFORMATION SERVICES, INC., et al | ) ) ) | |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER ALLOWING FILING UNDER SEAL**

This matter is before the Court on the Plaintiffs' Motion to Permit Filing Under Seal of certain documents designated as "Confidential" relating to Plaintiffs' Motion for Attorneys' Fees and Reimbursement of Expenses contained in Exhibit A and Exhibit B to Appendix 1 (Declaration of James A. Francis); Exhibit A to Appendix 2 (Declaration of Janet Ginzberg); Exhibit A to Appendix 3 (Declaration of Michael A. Caddell); Exhibit B to Appendix 4 (Declaration of Noah Axler); Exhibit A to Appendix 5 (Declaration of Devin H. Fok).

Upon consideration of this matter, the Court hereby ORDERS that the Motion is GRANTED.

IT IS SO ORDERED, this _____ day of _____ , 2014.

_____
HON. PETRESE B. TUCKER, U.S.D. J.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the date below, a true and correct copy of the foregoing was served via the Court's ECF Notification system upon all counsel of record.

Dated:  October 24, 2014         *s/ James A. Francis*
                     James A. Francis