## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMARA T. KING,<br>on behalf of herself and all others<br>similarly situated, | ) ) ) ) | Civ. No. 10-6850 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| GENERAL INFORMATION<br>SERVICES, INC. | ) ) ) | |
| Defendant. | ) ) | |

| | | |
|---|---|---|
| NATALIE DOWELL, et al,<br>on behalf of herself and all others<br>similarly situated, | ) ) ) ) | Civ. No. 14-3412 |
| Plaintiff, | ) ) | CLASS ACTION |
| vs. | ) ) | |
| GENERAL INFORMATION<br>SERVICES, INC., et al | ) ) ) | |
| Defendants. | ) ) | |

## PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND
## <u>REIMBURSEMENT OF EXPENSES</u>

Plaintiffs Shamara T. King, Natalie Dowell and Lee Clark hereby move this Court for an award of attorneys' fees and costs, as prevailing party in this class action settlement under the Fair Credit Reporting Act.  The reasons supporting this Motion are set forth in the accompanying Memorandum of Law and Declarations of Class Counsel.

Respectfully submitted,

**FRANCIS & MAILMAN, P.C.**

Dated:  October 24, 2014          BY:     */s/  James A. Francis*
                                            JAMES A. FRANCIS
                                            JOHN SOUMILAS
                                            DAVID A. SEARLES
                                            Land Title Building, 19th Floor
                                            100 South Broad Street
                                            Philadelphia, PA 19110
                                            (215) 735-8600

**DONOVAN AXLER, LLC**
NOAH AXLER
1845 Walnut Street, Suite 1100
Philadelphia, PA  19103
(215) 732-6067

**COMMUNITY LEGAL SERVICES, INC.**
JANET F. GINZBERG
MICHAEL HOLLANDER
1424 Chestnut Street
Philadelphia, PA  19102
(215) 981-3745

**CADDELL & CHAPMAN**
MICHAEL A. CADDELL
CYNTHIA B. CHAPMAN
CRIAG C. MARCHIANDO
1331 Lamar, Suite 1070
Houston, TX 77010-3027

**THE LAW OFFICES OF DEVIN H. FOK**
DEVIN H. FOK
P. O. Box 7165
Alhambra, CA 91802-7165

*Attorneys for Plaintiffs and the Class*

## <u>CERTIFICATE OF SERVICE</u>

I, **JAMES A. FRANCIS**, do hereby certify that, on this date, I caused a true and correct copy of the foregoing to be served via the Court's ECF Notification system upon all counsel of record.

<u> /s/ James A. Francis            </u>
JAMES A. FRANCIS

Dated:  October 24, 2014