**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SHAMARA T. KING,** | : | |
| **ON BEHALF OF HERSELF AND ALL** | : | |
| **OTHERS SIMILARLY SITUATED,** | : | **CIVIL ACTION NO. 10-6850** |
| | : | |
| **Plaintiff,** | : | **CLASS ACTION** |
| **v.** | : | |
| | : | |
| **GENERAL INFORMATION SERVICES,** | : | |
| **INC..** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |
| **NATALIE DOWELL, ET AL.,** | : | |
| **ON BEHALF OF HERSELF AND ALL** | : | **CIVIL ACTION NO. 14-3412** |
| **OTHERS SIMILARLY SITUATED,** | : | |
| | : | **CLASS ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **GENERAL INFORMATION SERVICES,** | : | |
| **INC., et al** | : | |
| | : | |
| **Defendants.** | : | |

**ORDER**

     **AND NOW**, this _____ day of October, 2014, upon consideration of Plaintiffs' Motion to Permit

Filing Under Seal of Exhibit A to the Proposed Final Approval Order filed with Plaintiffs' Motion for

Final Approval of Class Action Settlement (Doc. 117), **IT IS ORDERED** that Plaintiffs' Motion is

**GRANTED**.  Plaintiffs' Exhibit A to Proposed Final Approval Order is to be filed **UNDER SEAL**.


**BY THE COURT:**

**/s/ Petrese B. Tucker**

_____

**Hon. Petrese B. Tucker, U.S.C.J.**