IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAMARA T. KING,<br>ON BEHALF OF HERSELF AND ALL<br>OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>v.<br><br>GENERAL INFORMATION SERVICES,<br>INC.,<br><br>Defendant. | CIVIL ACTION NO. 10-6850<br><br>CLASS ACTION |
| NATALIE DOWELL, ET AL.,<br>ON BEHALF OF HERSELF AND ALL<br>OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br>vs.<br><br>GENERAL INFORMATION SERVICES,<br>INC., et al<br><br>Defendants. | CIVIL ACTION NO. 14-3412<br><br>CLASS ACTION |

**ORDER**

**AND NOW**, this _____ day of October, 2014, upon consideration of Plaintiffs' Motion to Permit Filing Under Seal of Exhibit A to the Proposed Final Approval Order filed with Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. 117), **IT IS ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs' Exhibit A to Proposed Final Approval Order is to be filed **UNDER SEAL**.

BY THE COURT:

/s/ Petrese B. Tucker

_____

Hon. Petrese B. Tucker, U.S.C.J.